| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)*                    Chapter   11 | |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Sash Group, Incorporated

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
46-1179654

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12899 Flintwood Way<br>San Diego, CA 92130<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego<br>County | **Location of principal assets, if different from principal place of business**<br>10054 Mesa Ridge Ct, Unit 128 San Diego, CA 92122<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.thesashbag.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 1

Debtor  **Sash Group, Incorporated**  
       Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  Sash Group, Incorporated  
      Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

- Debtor _____
- District _____
- When _____
- Relationship _____
- Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.
  - Insurance agency _____
  - Contact name _____
  - Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Sash Group, Incorporated** _____  Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 25, 2025
                MM / DD / YYYY

X _/s/ signature_____   Nichole MacDonald
Signature of authorized representative of debtor   Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X   /s/ Matthew D. Resnik   Date   March 25, 2025
Signature of attorney for debtor   MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone   (818) 285-0100   Email address   matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

Fill in this information to identify the case:

Debtor name: Sash Group, Incorporated
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Avalara<br>255 So. King Street, Ste 1200<br>Seattle, WA 98104 | | Vendor | | | | $13,654.99 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | | Credit card | | | | $18,389.26 |
| Brian Smith<br>2031B Crest Drive<br>Encinitas, CA 92024 | | Loan | | | | $23,187.00 |
| California Dept. of Tax & Fee<br>Special Procedures Sec MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279 | | Sales taxes owed | | | | $7,734.30 |
| Canadian Revnue Agency<br>275 Pope Road, Suite 103<br>Summerside, PE, C1N-6A2 | | Sales Tax | | | | $328,374.23 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | | | | | | $5,079.73 |
| Lyle Cunningham<br>4314 Rimini Way<br>El Dorado Hills, CA 95762 | | Loan | | | | $35,000.00 |
| Miguel Barrientos<br>620 McLain<br>Escondido, CA 92027 | | Loan | | | | $10,000.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor  Sash Group, Incorporated                                   Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New York Dept of Tax & Finance<br>PO Box 4127<br>Binghamton, NY 13902 | | Sales taxes owed | | | | $5,140.97 |
| Paychex<br>911 Panorama Trail South<br>Rochester, NY 14625 | | Vendor | | | | $7,358.88 |
| Paypal<br>2211 North First Street<br>San Jose, CA 95131 | | Loan | | | | $92,244.08 |
| Procopio<br>12544 High Bluff Dr #400<br>San Diego, CA 92130 | | Vendor | | | | $4,178.75 |
| Propack<br>7351 Vantage Wy<br>Delta, BC V4G 1H7, Canada | | Vendor | | | | $45,963.00 |
| Shopify<br>151 O'Connor Street Ground Floor<br>Ottawa, ON, K2P 2L8, Canada | | Credit card | | | | $95,691.15 |
| Silvia Mah<br>990 Highland Drive, Suite 302<br>Solana Beach, CA 92128 | | Loan | | | | $196,250.00 |
| South Carolina Dept of Revenue<br>PO Box 2535<br>Columbia, SC 29211 | | Sales taxes owed | | | | $3,369.06 |
| Tennessee Dept of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242 | | Sales taxes owed | | | | $9,419.35 |
| Texas Controller of Public Acc<br>PO Box 149359<br>Austin, TX 78714 | | Sales taxes owed | | | | $15,952.11 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | | Vendor | | | | $6,692.89 |
| UPS<br>55 Glenlake Parkway<br>Atlanta, GA 30328 | | Shipping supplies | | | | $17,478.65 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

# United States Bankruptcy Court
## Southern District of California

In re  Sash Group, Incorporated
                                    Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AdAstra | | | 5% |
| Angie Lawrence | | | 3.33% |
| Brian Smith | | | 5.89% |
| Elizabeth Stone | | | 30.97% |
| Meggin Hurlburt | | | 0.95% |
| Nichole MacDonald | | | 48.45% |
| Rosana Ortega | | | 3.8% |
| Vanessa Wilde | | | 1.62% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 25, 2025                        Signature  /s/ Nichole MacDonald
                                                       Nichole MacDonald

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

<u>UNANIMOUS WRITTEN CONSENT OF</u>

<u>THE BOARD OF DIRECTORS OF</u>

<u>SASH GROUP, INC.</u>

<u>DATED: March 21, 2025</u>

Pursuant to §307(b) of the California Corporations Code and the by-laws of the corporation, the undersigned hereby unanimously adopts the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the corporation needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that Nichole MacDonald, is hereby authorized and instructed to take whatever actions she deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

_____
Nichole MacDonald, CEO

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re   Sash Group, Incorporated                                        Case No.
                              Debtor(s)                                 Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ☒ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ 50,000.00 |
   | The undersigned shall bill against the retainer at an hourly rate of | $ 700.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify):   Nichole MacDonald

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   Sash Group, Incorporated                              Case No.
                       Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March 25, 2025 | /s/ Matthew D. Resnik |
| *Date* | Matthew D. Resnik |
| | *Signature of Attorney* |
| | RHM LAW LLP |
| | 17609 Ventura Blvd. |
| | Ste 314 |
| | Encino, CA 91316 |
| | (818) 285-0100  Fax: (818) 855-7013 |
| | matt@rhmfirm.com |
| | *Name of law firm* |

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100
(SBN 182562) CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Sash Group, Incorporated

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.    TOTAL NO. OF CREDITORS: 46

☐ Conversion filed on _____. See instructions on reverse side.
    ☐ Former Chapter 13 converting. Creditor diskette required.    TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: March 25, 2025

Nichole MacDonald/Chief Executive Officer
Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1008

Alabama Dept of Revenue
PO Box 64649
Saint Paul, MN 55164

Arizona Dept of Revenue
PO Box 29032
Phoenix, AZ 85038

Arkansas Dept of Finance & Adm
206 Southwest Drive, Suite B
Jonesboro, AR 72401

Avalara
255 So. King Street, Ste 1200
Seattle, WA 98104

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Brian Smith
2031B Crest Drive
Encinitas, CA 92024

California Dept. of Tax & Fee
Special Procedures Sec MIC: 29
P.O. Box 942879
Sacramento, CA 94279

Canadian Revnue Agency
275 Pope Road, Suite 103
Summerside, PE, C1N-6A2

Cision
300 S. Riverside Plaza, #300
Chicago, IL 60606

```
Colorado Dept of Revenue
Denver, CO 80261




Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280




Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399




Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952




Georgia Dept of Revenue
PO Box 105499
Atlanta, GA 30348




Illinois Dept of Revenue
PO Box 19035
Springfield, IL 62794




Indiana Dept of Revenue
PO Box 6479
Indianapolis, IN 46206




Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346




Leather Honey
11300 S. 118th Ave
Omaha, NE 68138
```

```
Lyle Cunningham
4314 Rimini Way
El Dorado Hills, CA 95762


Manufactured Networks Inc.
933 N. La Brea, Suite 200
Los Angeles, CA 90038


Massachusetts Dept of Revenue
PO Box 7089
Boston, MA 02241


Michigan Dept of Treasury
PO Box 30778
Lansing, MI 48929


Miguel Barrientos
620 McLain
Escondido, CA 92027


Ministry of Revenue BC
PO Box 9445 Stn Prov Govt
Victoria, BC V8W 9V5


Missouri Dept of Revenue
PO Box 357
Jefferson City, MO 65105


New York Dept of Tax & Finance
PO Box 4127
Binghamton, NY 13902


North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC 27640
```

```
Ohio Dept of Taxation
PO Box 2678
Columbus, OH 43216



Oklahoma Tax Commission
Oklahoma City, OK 73194



Paychex
911 Panorama Trail South
Rochester, NY 14625



Paypal
2211 North First Street
San Jose, CA 95131



Pennsylvania Dept of Revenue
PO Box 280407
Harrisburg, PA 17128



Procopio
12544 High Bluff Dr #400
San Diego, CA 92130



Propack
7351 Vantage Wy
Delta, BC V4G 1H7, Canada



Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON, K2P 2L8, Canada



Shopify
151 O'Connor Street
Ground Floor
Ottawa,ON K2P 2L8,Canada
```

```
Shopify
c/o Middesk, Inc.
85 2nd St., Ste. 710
San Francisco, CA 94105


Silvia Mah
990 Highland Drive, Suite 302
Solana Beach, CA 92128


South Carolina Dept of Revenue
PO Box 2535
Columbia, SC 29211


Tennessee Dept of Revenue
500 Deaderick Street
Nashville, TN 37242


Texas Controller of Public Acc
PO Box 149359
Austin, TX 78714


U.S. Small Business Admin.
Office of General Counsel
312 N. Spring St., 5th FL
Los Angeles, CA 90012


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


UPS
55 Glenlake Parkway
Atlanta, GA 30328


Virginia Dept of Taxation
PO Box 1777
Richmond, VA 23218
```

```
Washington State Dept of Reven
2101 4th Ave, Suite 1400
Seattle, WA 98121
```