CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100
(SBN 182562) CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Sash Group, Incorporated

Debtor.

BANKRUPTCY NO. 25-01150-11

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- ☑ Schedules A/B – J (Forms 106A/B - J & 206A/B-G)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- ☐ Chapter7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter7 Means Test Calculation (Form 122A-2)
- ☐ Chapter11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Chapter 13 Plan (CSD1300)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- ☐ Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F)
- ☐ Executory Contracts & Unexpired Leases (Form 106G &206G)
- ☐ Your Co-Debtors (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Your Expenses (Form 106J)
- ☐ Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**

1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated: April 8, 2025 Signed: /s/ Matthew D. Resnik
Attorney for Debtor

I [We] Nichole MacDonald and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting ______ pages, and on the creditor matrix, if any, is true of and correct.

Dated: April 8, 2025 NEXT PAGE

*Debtor *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100
(SBN 182562) CA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Sash Group, Incorporated

Debtor.

BANKRUPTCY NO. 25-01150-11

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- ☑ Schedules A/B – J (Forms 106A/B - J & 206A/B-G)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- ☐ Chapter7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter7 Means Test Calculation (Form 122A-2)
- ☐ Chapter11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Chapter 13 Plan (CSD1300)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- ☐ Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F)
- ☐ Executory Contracts & Unexpired Leases (Form 106G &206G)
- ☐ Your Co-Debtors (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Your Expenses (Form 106J)
- ☐ Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**

1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules*. See instructions on reverse side.

Dated: April 8, 2025

Signed: /s/ Matthew D. Resnik
Attorney for Debtor

I [We] Nichole MacDonald and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of _____ pages, and on the creditor matrix, if any, is true and correct.

Dated: April 8, 2025

[signature]
*Debtor

*Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

**INSTRUCTIONS**

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.
2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).
3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

**PROOF OF SERVICE**

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 4/8/2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

On _____,I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on April 8, 2025
(Date)

/s/ Matthew D. Resnik

Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Address

Fill in this information to identify the case:

Debtor name: Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 25-01150-11

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2025

X [signature]
Signature of individual signing on behalf of debtor

Nichole MacDonald
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 25-01150-11

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ 367,211.41 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ 367,211.41 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ 3,136,956.01 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ 469,294.64 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ 602,205.86 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 4,208,456.51 |

**Fill in this information to identify the case:**

Debtor name: Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 25-01150-11

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking account | 9683 | $231.49 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $231.49

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Description | Current value of debtor's interest |
|---|---|---|
| 7.1. | Tenant security deposit for warehouse at 10054 Mesa Ridge Ct, Unit 128, San Diego | $2,707.02 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.** $2,707.02

Add lines 7 through 8. Copy the total to line 81.

Debtor Sash Group, Incorporated Case number *(If known)* 25-01150-11
Name

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>Sash Bags/Non-Sash Bags Inventory (approximately 10,359 products; est. cost value, as of March 25, 2025); Note: there is a dispute with Manufactured Networks, Inc as to the ownership of some of the Sash Bags inventory. | March 25, 2025 | $0.00 | Cost value | $336,730.90 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** $336,730.90
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor Sash Group, Incorporated
Name

Case number *(If known)* 25-01150-11

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture and fixtures - See attached list | $0.00 | Est market value | $9,193.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment, computers and supplies - See attached list | $0.00 | Est market value | $9,891.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $19,084.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| | | | |
|---|---|---|---|
| Warehouse equipment, computers, supplies, furniture and fixtures - See attached listed | $0.00 | Est market value | $8,458.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$8,458.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trade Dress - US Serial Number: 88045263; Application Filing Date: Jul. 19, 2018; US Registration Number: 5934338; Registration Date: Dec. 10, 2019 Value unknown - the Debtor will seek to have the assets appraised. | Unknown | | Unknown |
| Tradmark: Sash Bag - IC 018. US 001 002 003 022 041. G & S: Handbags and purses to carry personal items specifically, make up, money, cell phones and credit cards and not infants. FIRST USE: 20110329. FIRST USE IN COMMERCE: 20110329; Serial No. 88045243; Filing date August 18, 2020 Registration No. 6187570. Value unknown - the Debtor will seek to have the assets appraised. | Unknown | | Unknown |

Debtor Sash Group, Incorporated
Name

Case number *(If known)* 25-01150-11

| | | | | |
|---|---|---|---|---|
| | Tradmark: SASH - IC 018. US 001 002 003 022 041. G & S: handbags and purses to carry personal items specifically, make up, money, cell phones and credit cards and not infants. FIRST USE: 20110329. FIRST USE IN COMMERCE: 20110329; (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS; Serial No. 85758050; Filing date October 18, 2012; Registartion No. 4574266. Value unknown - the Debtor will seek to have the assets appraised. | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>Web domains: sashbag.com; thesashbag.com; gettravelbags.com; thebesttravelbag.com; travelsash.com;<br>Travel-bag.us; sashtravelbag.com; thesashbag.ca; sashbag.ca; sashionista.shop; sashlife.com; thesashlife.com<br>Value unknown - the Debtor will seek to have the assets appraised. | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer list: Value unknown - the Debtor will seek to have the assets appraised | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property**<br>Intellectual property: social media accounts, content etc.<br>Value unknown - the Debtor will seek to have the assets appraised. | Unknown | | Unknown |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor Sash Group, Incorporated Case number *(If known)* 25-01150-11
Name

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claim against Manufactured Networks Inc. for causes of action including but not limited to: usury, unfair and deceptive trade practices, deceit, breach of contract, avoidance of preferences. — Unknown
**Nature of claim**
**Amount requested** $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Interest in a warehouse lease at 10054 Mesa Ridge Ct, Unit 128, San Diego, CA — $0.00

78. **Total of Part 11.** — $0.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor Sash Group, Incorporated
Name

Case number *(If known)* 25-01150-11

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $231.49 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,707.02 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $336,730.90 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,084.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,458.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.....................................................................................**>** | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* **+** | $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $367,211.41 | **+** 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $367,211.41 |

| **SCHEDULE B # 39 - Office Furniture & Fixtures** | | | |
|---|---|---|---|
| Desk Design A | 1 | $500.00 | $500.00 |
| Desk Design B | 2 | $175.00 | $350.00 |
| Desk Chairs | 8 | $50.00 | $400.00 |
| Designer Desk Chairs | 2 | $50.00 | $100.00 |
| Gray Chairs | 2 | $42.00 | $84.00 |
| Massage Chair | 1 | $3,500.00 | $3,500.00 |
| Collapsable Market Tables | 3 | $100.00 | $300.00 |
| Wine Fridge | 1 | $50.00 | $50.00 |
| Mirror | 1 | $30.00 | $30.00 |
| File cabinet | 1 | $60.00 | $60.00 |
| Cabinet | 1 | $200.00 | $200.00 |
| Book Shelf | 1 | $200.00 | $200.00 |
| Conference Table | 1 | $300.00 | $300.00 |
| Office Chair Large | 1 | $75.00 | $75.00 |
| Industrial Storage Shelves | 3 | $75.00 | $225.00 |
| Small Storage Shelves | 2 | $50.00 | $100.00 |
| Plastic Storage Bins | 45 | $4.00 | $180.00 |
| Storage Cart | 1 | $15.00 | $15.00 |
| Gray Chairs | 2 | $42.00 | $84.00 |
| Rolling double sided white board | 1 | $42.00 | $42.00 |
| Rolling clothing racks | 12 | $30.00 | $360.00 |
| Uline Mailers | 250 | $0.40 | $100.00 |
| Small Thick Plastic Storage Bins | 6 | $5.00 | $30.00 |
| Fold-up plastic table | 1 | $50.00 | $50.00 |
| Studio Lamps | 4 | $50.00 | $200.00 |
| 4-Box Shelf | 1 | $33.00 | $33.00 |
| Storage Chest | 2 | $200.00 | $400.00 |
| Dress Forms | 8 | $25.00 | $200.00 |
| 10x10 tent | 2 | $100.00 | $200.00 |
| 6' Ladder | 1 | $25.00 | $25.00 |
| Misc. fixtures | | | $800.00 |
| **Total** | | | **$9,193.00** |

| **Schedule B #41 - Office Equipment & Supplies** | | | |
|---|---|---|---|
| MacBook Pro Computer (used) | 2 | $850.00 | $1,700.00 |
| MacBook Air Laptop Computer | 2 | $700.00 | $1,400.00 |
| iMac Desktop Computer | 4 | $750.00 | $3,000.00 |
| Computer Stand | 1 | $23.00 | $23.00 |
| iPhone 12 | 1 | $200.00 | $200.00 |
| Brother Printer (needs fixing) | 1 | $25.00 | $25.00 |
| HP Printer | 1 | $50.00 | $50.00 |
| Projector | 1 | $400.00 | $400.00 |
| Projector Sceen | 1 | $150.00 | $150.00 |
| Nikon Camera | 1 | $350.00 | $350.00 |
| Studio Flash Equipment | 1 | $500.00 | $500.00 |
| Ring Light Large | 3 | $33.00 | $99.00 |

| | | | |
|---|---|---|---|
| Ring Light Small | 2 | $12.00 | $24.00 |
| Backdrop Stand | 1 | $17.00 | $17.00 |
| Backdrops | 6 | $10.00 | $60.00 |
| White board calendar | 1 | $15.00 | $15.00 |
| Marketing Posters/Signage | 25 | $17.00 | $425.00 |
| 10' Banner | 3 | $67.00 | $201.00 |
| Leather Swatches | 1 | $250.00 | $250.00 |
| Faux Leather Swatches | 1 | $50.00 | $50.00 |
| Ikat Swatches | 1 | $50.00 | $50.00 |
| Live Sale Props Box | 1 | $25.00 | $25.00 |
| Lay Flat Props Box | 2 | $50.00 | $100.00 |
| Air purifier | 1 | $30.00 | $30.00 |
| Studio Lights ShadowBox | 3 | $40.00 | $120.00 |
| Lightbox | 1 | $40.00 | $40.00 |
| Heavy duty storage boxes | 8 | $6.00 | $48.00 |
| Tool set /w drill | 1 | $25.00 | $25.00 |
| Misc. Office supplies | | | $514.00 |
| **Total** | | | **$9,891.00** |

| SCHEDULE B #50 - Warehouse Equipment & Supplies | | | |
|---|---|---|---|
| MAC Desktop | 1 | $800.00 | $800.00 |
| Zebra printer | 1 | $150.00 | $150.00 |
| D101 Mini Label Printer | 1 | $100.00 | $100.00 |
| Brother MFC-L8900CDW (needs maintenance | 1 | $15.00 | $15.00 |
| Brother TN-433 BLK toner (full) | 1 | $25.00 | $25.00 |
| Logitech wireless keyboard | 1 | $10.00 | $10.00 |
| Logitech wireless mouse | 1 | $5.00 | $5.00 |
| Yamaha speaker + subwoofer | 1 | $150.00 | $150.00 |
| Walkie talkie pair with charger | 2 | $12.00 | $24.00 |
| Brio Water cooler | 1 | $100.00 | $100.00 |
| Farberware microwave | 1 | $25.00 | $25.00 |
| Upstreman mini fridge | 1 | $45.00 | $45.00 |
| Fans | 2 | $8.00 | $16.00 |
| Uline Shipping Envelopes | 1250 | $0.70 | $875.00 |
| Post Card Mailers | 400 | $0.20 | $80.00 |
| Misc. supplies - paper, tape gun etc. | | | $224.00 |
| **Total** | | | **$2,644.00** |

| SCHEDULE B #50 CONTD. - Warehouse Furniture & Fixtures | | | |
|---|---|---|---|
| Adjustable white desk | 4 | $80.00 | $320.00 |
| Small white desk | 1 | $35.00 | $35.00 |
| L shaped blue desk | 1 | $50.00 | $50.00 |
| Small brown desk | 1 | $45.00 | $45.00 |
| Small office chairs | 4 | $25.00 | $100.00 |
| Office chair | 1 | $50.00 | $50.00 |
| Tall white footstool office chair | 1 | $38.00 | $38.00 |
| ULINE Camping chair | 1 | $25.00 | $25.00 |
| ULINE Blue wagon | 1 | $40.00 | $40.00 |
| COSCO Dollie | 1 | $30.00 | $30.00 |
| Mail Hamper | 1 | $45.00 | $45.00 |
| Rolling cabinet | 2 | $30.00 | $60.00 |
| Brown / red bathroom shelf | 1 | $15.00 | $15.00 |
| Small silver rolling rack | 2 | $25.00 | $50.00 |
| Large silver rolling rack | 2 | $45.00 | $90.00 |
| Large black rolling rack | 8 | $48.00 | $384.00 |
| Pallet Shelves | 8 | $300.00 | $2,400.00 |
| Industrial Storage Shelves | 4 | $200.00 | $800.00 |
| Large black steel rack | 3 | $70.00 | $210.00 |
| Additional black steal beams (large) | 10 | $15.00 | $150.00 |
| Additional black steel beams (small) | 15 | $12.00 | $180.00 |
| Large gray bins | 4 | $6.00 | $24.00 |
| Large black + yellow bins | 3 | $7.00 | $21.00 |
| Plastic bins (for bags) | 73 | $4.00 | $292.00 |

| | | | |
|---|---|---|---|
| Plastic bins (for charm / strap) | 68 | $2.50 | $170.00 |
| Gorilla Ladder | 1 | $60.00 | $60.00 |
| Mini desk organizer | 5 | $5.00 | $25.00 |
| Tablet stand | 1 | $5.00 | $5.00 |
| Folding Tables | 4 | $25.00 | $100.00 |
| **Total** | | | **$5,814.00** |

**Fill in this information to identify the case:**

Debtor name Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 25-01150-11

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Manufactured Networks Inc.
Creditor's Name
c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Various
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. U.S. Small Business Admin.
2. Manufactured Networks Inc.
3. Shopify

**Describe debtor's property that is subject to a lien**
Inventory and proceeds from the same $16,000 leather bags.
Creditor asserts amount owed is $6,257,678.53

**Describe the lien**
UCC filed 3/14/2023; U2300174245327

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: $2,700,000.00
Column B: $336,730.90

**2.2** Manufactured Networks Inc.
Creditor's Name
c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
See attached list for collateral.

**Describe the lien**
UCC filed 3/21/2023; U230019150927

**Is the creditor an insider or related party?**
■ No

Column A: Unknown
Column B: $0.00

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

2.3 Manufactured Networks Inc.
Creditor's Name

c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

See attached list for collateral

Unknown $0.00

**Describe the lien**

UCC filed 3/21/2023; U230019152628

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

2.4 Manufactured Networks Inc.
Creditor's Name

c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

See attached list for collateral

Unknown $0.00

**Describe the lien**

UCC filed 6/1/2023; U230038763738

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

2.5 Manufactured Networks Inc.
Creditor's Name
c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See attached list for collateral

**Describe the lien**
UCC filed 6/1/2023; U230038764033

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown $0.00

---

2.6 Manufactured Networks Inc.
Creditor's Name
c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See attached list for collateral

**Describe the lien**
UCC filed 6/1/2023; U230038764235

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown $0.00

---

2.7 Manufactured Networks Inc.

**Describe debtor's property that is subject to a lien**

Unknown $0.00

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

Creditor's Name
c/o Levinson Arshonsky Kurtz &
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA 91403
Creditor's mailing address

Collateral amendment, restate collateral

**Describe the lien**
UCC filed 6/6/2023; U230039769843

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.8 Shopify
Creditor's Name
151 O'Connor Street
Ground Floor
Ottawa,ON K2P 2L8,Canada
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All assets of the Debtor, whether now owned or hereafter acquired or arising, whereesoever located, and all proceeds thereof.

$303,438.01 $336,730.90

**Describe the lien**
UCC filed 9/12/2024; U240071566925

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 U.S. Small Business Admin.
Creditor's Name
Attn:U.S. Attys Office So Dist
880 Front Street, Room 6293
San Diego, CA 92101-8807
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including but not limited to inventory, equipment etc.

$133,518.00 $336,730.90

**Describe the lien**
UCC filed 5/28/2020; 20-7782228119

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
May 2020

**Last 4 digits of account number**

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $3,136,956.01

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Manufactured Networks Inc.<br>933 N. La Brea, Suite 200<br>Los Angeles, CA 90038 | Line 2.1 | |
| Shopify<br>Middesk Inc. as Representative<br>9450 SW Gemini Dr PMB 71516<br>Beaverton, OR 97008-7105 | Line 2.8 | |
| U.S. Small Business Admin.<br>Attn:U.S. Attys Office So Dist<br>550 West C St., Suite 550<br>San Diego, CA 92101 | Line 2.9 | |

U230017424532

B1586-8286 03/14/2023 8:46 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U230017424532
Date Filed: 3/14/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP INC. | 3785 6TH AVE STE 200<br>SAN DIEGO, CA 92103 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same: 16,000 leather bags.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
[UCC1-1140056] 083022_SASH

U230019150927

B1604-2587 03/21/2023 6:12 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U230019150927
Date Filed: 3/21/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP INC | 3785 6TH AVE STE 200<br>SAN DIEGO, CA 92103 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same:
LEATHER CLASSIC PLUS SASHBAG - CORE / FASHION COLORS - 4000 units
LEATHER CLASSIC PLUS FRINGE SASHBAG - CORE / FASHION COLORS - 1400 units
FAUX LEATHER CLASSIC PLUS SASHBAG - CORE / FASHION COLORS - 8800 units

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
[UCC1-1142831] 122822-SashBag3

U230019152628

B1604-2673 03/21/2023 6:17 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230019152628
Date Filed: 3/21/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP INC | 3785 6TH AVE STE 200<br>SAN DIEGO, CA 92103 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same:
Classic Plus Leather Core - Leather Black QTY- 1000
Classic Plus Leather - Fringe Core - Faux Leather Black QTY- 1000
Classic Faux - Fringe Core - Faux Leather Black QTY- 500
Classic Faux - Fringe Core - Faux Leather Brown QTY- 500
Classic Faux - Fringe Core - Faux Leather Tan QTY- 750
Classic Faux - Fringe Faux Leather - Yosemite Angel Falls QTY- 500
Classic Faux - Fringe Faux Leather - Yosemite Granite QTY- 750
Classic Faux - Fringe Faux Leather - Yosemite Lakeside QTY- 500
Classic Faux - Fringe Faux Leather - Yosemite Manzanita QTY- 500
Classic Faux - Fringe Faux Leather - Yosemite Moss QTY- 350
Classic Faux - Fringe Faux Leather - Yosemite Mountain Rose QTY- 350
Classic Faux - Fringe Straps Black QTY- 500
Strap Faux Straps Brown QTY- 50
Strap Faux Straps Tan QTY- 50
Strap Faux Straps Black QTY- 35
Strap Faux - Fringe Straps Brown QTY- 50
Strap Faux - Fringe Straps Tan QTY- 35
Strap Faux - Fringe Straps Angel Falls QTY- 25
Strap Faux Straps Granite QTY- 35
Strap Faux Straps Lakeside QTY- 25
Strap Faux Straps Manzanita QTY- 25
Strap Faux Straps Moss QTY- 20
Strap Faux Straps Mountain Rose QTY- 20
Strap Faux Straps Angel Falls QTY- 25
Strap Faux - Fringe Straps Granite QTY- 35
Strap Faux - Fringe Straps Lakeside QTY- 25
Strap Faux - Fringe Straps Manzanita QTY- 25
Strap Faux - Fringe Straps Moss QTY- 20
Strap Faux - Fringe Straps Mountain Rose QTY- 20
Strap Faux - Fringe QTY- 25

| |
|---|
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
| Optional Filer Reference Information:<br>[UCC1-1142832] MFD-EST-1007 |

B1604-2674 03/21/2023 6:17 AM Received by California Secretary of State

U230038764235

B1820-3482 06/01/2023 10:42 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230038764235
Date Filed: 6/1/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP, INCORPORATED | 3785 6TH AVENUE<br>SAN DIEGO, CA 92024 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same:
Classic Fringe Strap:
Color. Hardware.
Amber Silver. - 5 units
Coral Silver - 5 units
Caramel Antique Brass. - 10 units
Black Silver. - 5 units
Olive Silver - 10 units
Oxblood Antique Brass - 10 units
Gray Silver. - 10 units

Classic Strap:
Color. Hardware.
Amber Silver - 5 units
Brown Antique Brass - 5 units
Coral Silver - 5 units
Black Silver - 30 units
Black/Brown Silver - 15 units
Espresso Crocodile Antique Brass - 15 units
Olive Silver - 15 units
Caramel Antique Brass - 15 units
Oxblood Antique Brass - 15 units
Gray Silver - 15 units

Faux Strap:
Black Faux Antique Brass - 30 units
Black/Brown Faux Silver - 20 units
Caramel Faux Antique Brass - 20 units
Mauve Faux Silver - 15 units
Eggplant Faux Silver - 20 units
Teal Faux Silver - 20 units

| |
|---|
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
| Optional Filer Reference Information:<br>[UCC1-1207902] MFD120222- Sash203 |

B1820-3483 06/01/2023 10:42 PM Received by California Secretary of State

U230039769843

B1834-4806 06/06/2023 3:17 PM Received by California Secretary of State

**STATE OF CALIFORNIA**

*Office of the Secretary of State*

**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230039769843

Date Filed: 6/6/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Amendment Action Information:

| | |
|---|---|
| Initial Financing Statement File Number | U230019152628 |
| Date Filed | 03/21/2023 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Restate Collateral |

Indicate how documentation of Collateral is provided: Entered as Text

Description:

All assets of the debtor, now owned or hereafter acquired.

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name: MANUFACTURED NETWORKS INC.

Optional Filer Reference Information:

[UCC3-1142832.1]

U230038763738

B1820-3096 06/01/2023 9:59 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U230038763738
Date Filed: 6/1/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP INC | 3785 6TH AVENUE SAN DIEGO<br>SAN DIEGO, CA 92024 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same:
BLACK FAUX LEATHER CLASSIC PLUS SASHBAG - 400 units
EGGPLANT FAUX LEATHER CLASSIC PLUS SASHBAG - 300 units
CARAMEL FAUX LEATHER CLASSIC PLUS SASHBAG - 500 units.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
[UCC1-1207899] 120222-Sash-02

U230038764033

B1820-3356 06/01/2023 10:26 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U230038764033
Date Filed: 6/1/2023

Submitter Information:

| | |
|---|---|
| Contact Name | ONLINE DEPT. |
| Organization Name | FIRST CORPORATE SOLUTIONS INC. |
| Phone Number | 888-507-4593 |
| Email Address | ONLINE@FICOSO.COM |
| Address | 914 S STREET<br>SACRAMENTO, CA 95811 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| SASH GROUP INC | 3785 6TH AVENUE SAN DIEGO<br>SAN DIEGO, CA 92024 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MANUFACTURED NETWORKS INC. | 10000 WASHINGTON BLVD, 6TH FLOOR<br>CULVER CITY, CA 90232 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
This filing shall cover the following consignment inventory and proceeds from the same:
ANGELSC- STRAP - LEATHER ANGEL FALLS qty: 25 GLI
ANGELSF- STRAP - LEATHER ANGEL FALLS qty: 10 GLI
BLACKSC- STRAP - LEATHER BLACK qty: 25 Adnan
BLACKSF- STRAP - LEATHER BLACK qty: 10 Adnan
BROWNSC- STRAP - LEATHER BROWN qty: 25 Adnan
BROWNSF- STRAP - LEATHER BROWN qty: 10 Adnan
GRANITESC- STRAP - LEATHER GRANITE qty: 25 GLI
GRANITESF- STRAP - LEATHER GRANITE qty: 10 GLI
LAKESC- STRAP - LEATHER LAKESIDE qty: 25 GLI
LAKESF- STRAP - LEATHER LAKESIDE qty: 10 GLI
MANZASC- STRAP - LEATHER MANZANITA qty: 15 GLI
MANZASF- STRAP - LEATHER MANZANITA qty: 5 GLI
MOSSSC- STRAP - LEATHER MOSS qty: 15 GLI
MOSSSF- STRAP - LEATHER MOSS qty: 5 GLI
ROSESC- STRAP - LEATHER MOUNTAIN ROSE qty: 25 GLI
ROSESF- STRAP - LEATHER MOUNTAIN ROSE qty: 10 GLI
SBC101- CLASSIC PLUS - LEATHER BLACK/BROWN qty: 1,500 Adnan
SBC106- CLASSIC PLUS - LEATHER FRINGE BLACK qty: 500 Adnan
SBC112- CLASSIC PLUS - LEATHER BLACK qty: 1,000 Adnan
SBC153- CLASSIC PLUS - LEATHER ANGEL FALLS qty: 500 GLI
SBC154- CLASSIC PLUS - LEATHER FRINGE ANGEL FALLS qty: 200 GLI
SBC155- CLASSIC PLUS - LEATHER MOUNTAIN ROSE qty: 500 GLI
SBC156- CLASSIC PLUS - LEATHER FRINGE MOUNTAIN ROSE qty: 200 GLI
SBC157- CLASSIC PLUS - LEATHER GRANITE qty: 500 GLI
SBC158- CLASSIC PLUS - LEATHER FRINGE GRANITE qty: 200 GLI
SBC159- CLASSIC PLUS - LEATHER LAKESIDE qty: 500 GLI
SBC160- CLASSIC PLUS - LEATHER FRINGE LAKESIDE qty: 200 GLI
SBC161- CLASSIC PLUS - LEATHER MANZANITA qty: 300 GLI
SBC162- CLASSIC PLUS - LEATHER FRINGE MANZANITA qty: 100 GLI
SBC163- CLASSIC PLUS - LEATHER MOSS qty: 300 GLI
SBC164- CLASSIC PLUS - LEATHER FRINGE MOSS qty: 100 GLI

SBC165- CLASSIC PLUS - LEATHER SHALE qty: 500 GLI
SBC166- CLASSIC PLUS - LEATHER FRINGE SHALE qty: 200 GLI
SBC167- CLASSIC PLUS - LEATHER TAN qty: 300 Adnan
SBC168- CLASSIC PLUS - LEATHER FRINGE TAN qty: 100 Adnan
SBC169- CLASSIC PLUS - LEATHER BROWN qty: 500 Adnan
SBC170- CLASSIC PLUS - LEATHER FRINGE BROWN qty: 250 Adnan
SHALESC- STRAP - LEATHER SHALE qty: 25 GLI
SHALESF- STRAP - LEATHER SHALE qty: 10 GLI
TANSC- STRAP - LEATHER TAN qty: 15 Adnan
TANSF- STRAP - LEATHER TAN qty: 5 Adnan.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:

Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:

[UCC1-1207901] MFD-EST-1029

B1820-3357 06/01/2023 10:26 PM Received by California Secretary of State

**Fill in this information to identify the case:**

Debtor name: Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 25-01150-11

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alabama Dept of Revenue<br>PO Box 64649<br>Saint Paul, MN 55164 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,268.30 | $2,268.30 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Arizona Dept of Revenue<br>PO Box 29032<br>Phoenix, AZ 85038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,635.09 | $1,635.09 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

| | | | | |
|---|---|---|---|---|
| 2.3 | **Priority creditor's name and mailing address**<br>Arkansas Dept of Finance & Adm<br>206 Southwest Drive, Suite B<br>Jonesboro, AR 72401 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $721.70 | $721.70 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | **Priority creditor's name and mailing address**<br>California Dept. of Tax & Fee<br>Special Procedures Sec MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,734.30 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | **Priority creditor's name and mailing address**<br>Canadian Revnue Agency<br>275 Pope Road, Suite 103<br>Summerside, PE, C1N-6A2 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328,374.23 | $0.00 |
| | Date or dates debt was incurred<br>Various | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | **Priority creditor's name and mailing address**<br>Colorado Dept of Revenue<br>Bankruptcy Unit, Rm 104<br>1881 Pierce St<br>Denver, CO 80214 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $868.65 | $868.65 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax<br>Claim amount per POC #9 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,079.73 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>Florida Dept of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,674.49 | $2,674.49 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>Georgia Dept of Revenue<br>Compliance Division/Bankruptcy<br>2595 Century Pkwy NE Ste 339<br>Atlanta, GA 30345-3173 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,322.23 | $3,322.23 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax<br>Claim amount per POC #6 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

2.11 Priority creditor's name and mailing address
Illinois Dept of Revenue
PO Box 19035
Springfield, IL 62794

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,848.41 $1,848.41

Date or dates debt was incurred

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.12 Priority creditor's name and mailing address
Indiana Dept of Revenue
100 North Senate Ave N-240
MS 108
Indianapolis, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$920.53 $920.53

Date or dates debt was incurred

Basis for the claim:
Sales tax
Claim amount per POC #8

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.13 Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.14 Priority creditor's name and mailing address
Massachusetts Dept of Revenue
PO Box 7089
Boston, MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$96.79 $96.79

Date or dates debt was incurred

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor: Sash Group, Incorporated (Name) — Case number (if known): 25-01150-11

**2.15** Priority creditor's name and mailing address
Michigan Dept of Treasury
PO Box 30778
Lansing, MI 48929

Total claim: $13,601.42 — Priority amount: $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: Sales tax

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** Priority creditor's name and mailing address
Ministry of Revenue BC

PO Box 9445 Stn Prov Govt
Victoria, BC V8W 9V5

Total claim: $482.13 — Priority amount: $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: Sales tax

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** Priority creditor's name and mailing address
Missouri Dept of Revenue
PO Box 475
Jefferson City, MO 65105

Total claim: $6,562.33 — Priority amount: $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: Sales tax
Claim amount per POC #3

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** Priority creditor's name and mailing address
New York Dept of Tax & Finance
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Total claim: $5,140.97 — Priority amount: $5,140.97

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: Sales tax
Claim amount per POC No. 1

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.19** Priority creditor's name and mailing address
North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC 27640

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,573.91 $1,573.91

Date or dates debt was incurred

Basis for the claim:
Sales tax
Claim amount per POC #5-2

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
Ohio Dept of Taxation
PO Box 2678
Columbus, OH 43216

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,645.90 $0.00

Date or dates debt was incurred

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
Oklahoma Tax Commission
Attn: Legal
PO Box 269056
Oklahoma City, OK 73126

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$743.48 $743.48

Date or dates debt was incurred

Basis for the claim:
Sales tax
Claim amount per POC #7

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
Pennsylvania Dept of Revenue
PO Box 280407
Harrisburg, PA 17128

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,702.88 $1,702.88

Date or dates debt was incurred

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>Revnu Quebec<br>CP 25125 Succursale Terminus<br>Quebec, CA G1A 0A6 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,466.77 | $48,466.77 |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>South Carolina Dept of Revenue<br>PO Box 2535<br>Columbia, SC 29211 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,071.30 | $3,071.30 |
| | Date or dates debt was incurred | Basis for the claim:<br>State tax<br>Claim amount per POC #4 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>Tennessee Dept of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37242-0207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,416.60 | $9,416.60 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax<br>Claim amount per POC #2 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>Texas Controller of Public Acc<br>PO Box 149359<br>Austin, TX 78714 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,952.11 | $15,952.11 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.27** Priority creditor's name and mailing address
Virginia Dept of Taxation
PO Box 1777
Richmond, VA 23218

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,986.33 $2,986.33

Date or dates debt was incurred

Basis for the claim: Sales tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.28** Priority creditor's name and mailing address
Washington State Dept of Reven
2101 4th Ave, Suite 1400
Seattle, WA 98121

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,404.06 $1,404.06

Date or dates debt was incurred

Basis for the claim: Sales tax

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Aaron Kent
64 Home St
Metuchen, NJ 08840

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Achara Mah
6809 Massena Court
Bethesda, MD 20817

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.3 **Nonpriority creditor's name and mailing address**
Adele Fergus-O'Brien
PO Box 950125
Oklahoma City, OK 73195-0125
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Adriana Ball
17501 Eddy Dr
Santa Ana, CA 92705
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Alex Terranova
2356 Valleyfield Ave
Thousand Oaks, CA 91360
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Alexandra Mason
5184 10th Ave
Hanford, CA 93230-9717
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Alexandra Scopteuolo
29 Mandy Ln
Washingtonville, NY 10992
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

**3.8** **Nonpriority creditor's name and mailing address**
Alexis Bartram
1059 Snapper Dam Rd
Landisville, PA 17538
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Alisha Brophy
1917 North Gramercy Pl
Los Angeles, CA 90068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Alisha Welicki
8400 Clinton River RD
Sterling Heights, MI 48314
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Allison Cain-Duce
2511 Fuquay Rd
Newburgh, IN 47630
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Althea Ren Miller
14 N Wickham Ct
Madison, WI 53711
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Alyssa Sanguansack<br>504 E 138th St<br>Burnsville, MN 55337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Amanda Schulz<br>Buchenstr. 9<br>Baldham, BY 85598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Amanda Stone<br>120 S Oak LN<br>Waynesboro, VA 22989 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Amber Budden<br>1832 Bath Street<br>Santa Barbara, CA 93101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Amber Dance<br>21626 Linda Dr.<br>Torrance, CA 90503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.18** **Nonpriority creditor's name and mailing address**
Amber L Overgard
3216 Safari Court
Ellicott City, MD 21042
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
Amy Connell
1053 County Rd N
Stoughton, WI 53589
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
Amy Hahn
72 Thomas LN
Chaska, MN 55318
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
Amy Nies
242 Birch Ln
Arden, NC 28704
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
Anders Aannestad
Aannestad Andelin & Corn LLP
160 Chesterfield Dr., Ste 201
Cardiff by the Sea, CA 92007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $21,499.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services rendered

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.23 Nonpriority creditor's name and mailing address**
Andrea Boggs
3450 Pearl St
Eugene, OR 97405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
Andrea Freas
217 Cumberland St
Lolo, MT 59847

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.25 Nonpriority creditor's name and mailing address**
Andreas Muno
464 Clinton St, Apt. 208
Redwood City, CA 94062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
Andrew Buehn
820 S Colony Rd
Evansville, IN 47714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
Andreya Gomez
4045 Kelly Drive
Durham, NC 27707

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.28 Nonpriority creditor's name and mailing address**
Angela Kallenbach
704 Irving Ave
Rockford, IL 61101-5719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.29 Nonpriority creditor's name and mailing address**
Angela Kelly
BP 222 Nolumea CEDEX
Noumea, South, 98845

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.30 Nonpriority creditor's name and mailing address**
Ann Bradell
7833 Elmont Ave
Elverta, CA 95626

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.31 Nonpriority creditor's name and mailing address**
Ann Marie Cordner
251 S Ellwood Ave.
Baltimore, MD 21224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.32 Nonpriority creditor's name and mailing address**
Annette Campbell
1105 Terra Mar Dr.
Tampa, FL 33613

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.33 **Nonpriority creditor's name and mailing address**
Annie Reincke
904 Belsly Boulevard,
Moorhead, MN 56560
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Antoinette Traver
163 Washington St
Saratoga Springs, NY 12866
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
April Blake
2386 Genesee Mills Rd
North Bingham, PA 16941
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
April Enriquez
5358 Annapolis Ct.
Ventura, CA 93003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
April Starr
4733 N Pomona Ave
Tucson, AZ 85705
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.38 **Nonpriority creditor's name and mailing address**
Araceli Navarro
9099 Trumbauer Way
Elk Grove, CA 95758
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
Ash Harrington
2110 11th St
Santa Monica, CA 90405
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
Ashley Lewis
529 Old Dairy Dr
Wake Forest, NC 27587
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
Ashley Standridge
9520 Upland St
Spring Valley, CA 91977
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
Athanasios N. BROERS
512 Clark Drive
San Mateo, CA 94402
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

**3.43 Nonpriority creditor's name and mailing address**
Ava L. Archie
1166 E Salt Lake St
Long Beach, CA 90806-5128
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**
Avalara
255 So. King Street, Ste 1200
Seattle, WA 98104
**Date(s) debt was incurred** 2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $13,654.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**
Bank of America
100 North Tryon Street
Charlotte, NC 28255
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,389.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**
Barbara Nelson
814 Congress St.
Ottawa, IL 61350
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
Barbara Sliman
672 Broadmoor Ave
Baton Rouge, LA 70815
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.48 Nonpriority creditor's name and mailing address**
Bayuff Brur
3811 Duke st.
Alexandria, VA 22304
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.49 **Nonpriority creditor's name and mailing address**
Beth Giesbrecht
Box 20959
Steinbach, Manitoba, R5G 1S3
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
Beth Wahba
5198 Arlington Ave, #101
Riverside, CA 92504
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
Betsy Palmer
23921 Windward Ln
Valencia, CA 91355
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
Bettina Anzaldua Elliott
1025 E Leggett
Harlingen, TX 78550
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**
Betty Bodnar
227 Stechishin Cresent
Saskatoon, SK, S7K 5P6
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.54 **Nonpriority creditor's name and mailing address**
Beverly Howell
310 Vista St SW
Fort Walton Beach, FL 32548
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
Beverly Shepard
12686 Buckwheat Ct
San Diego, CA 92129
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
Beverly Woods
9145 S Burnside Ave
Chicago, IL 60619
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
Birgit Pfeffer
13126 Moekelumnes Cir.
Groveland, CA 95321
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
Boaz Kalfon
690 Center St., STE 201
Herndon, VA 20170
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.59** **Nonpriority creditor's name and mailing address**
Bobby Evans
1309 Alston Hill Drive
Charlotte, NC 28214
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
Brandy Girouard
318 S Sterling St.
Lafayette, LA 70501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
Brenda Medel
301 Driftwood Road
Boise, ID 83713
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
Brenda Pettit Silva
12367 4th Street space 60
Yucaipa, CA 92399
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
Brian Smith
2031B Crest Drive
Encinitas, CA 92024
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $23,187.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.64 **Nonpriority creditor's name and mailing address**
Brian Smith
2031 Crest Drive
Encinitas, CA 92024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.65 **Nonpriority creditor's name and mailing address**
Brittany Cotton
3801 Marquette Pl, Apt 4k
San Diego, CA 92106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**
Brittany Saulsberry
1702 Summerwood Ln
Cedar Hill, TX 75104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.67 **Nonpriority creditor's name and mailing address**
Candace Hovater
1424 Aberdeen Dr
Alcoa, TN 37701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.68 **Nonpriority creditor's name and mailing address**
Carl Cox
PO Box 40
North Plains, OR 97133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.69 **Nonpriority creditor's name and mailing address**
Carla Mattox
21 Rittenhouse Sq.
Sicklerville, NJ 08081
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
Carli Starr
PO Box 578
Portville, NY 14770
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
Carmen Okeefe
3664 Whimbrel Way
East Lansing, MI 48823
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
Carol Lee Hawkins
4390 Locksley Road
Tucker, GA 30084
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
Carol Lynn Perkins
514 Americas Way #6257
Box Elder, SD 57719
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

**3.74** **Nonpriority creditor's name and mailing address**
Carol R Andrews
13179 Blackwells Mill Rd
Goldvein, VA 22720
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
Carolyn Burns
PO Box 173
Rio Oso, CA 95674
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
Carolyn Burns
PO Box 173
Rio Oso, CA 95674
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**
Casanna Robertson
24283. 104 A Ave
Maple Ridge, BC V2W 0G7
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
Catherine Antunez
39744 Milan Dr
Palmdale, CA 93551
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.79 **Nonpriority creditor's name and mailing address**
Cathy Johnson
1416 Carmack Ln
Spring Hill, TN 37174
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.80 **Nonpriority creditor's name and mailing address**
Cathy Lennon
3714 W Evans Dr
Phoenix, AZ 85053
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.81 **Nonpriority creditor's name and mailing address**
Charlene Price
5569 Island Hwy S, Box 359
Union Bay, BC, V0R 3B0
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.82 **Nonpriority creditor's name and mailing address**
Charlie Foxwell
1749 Elroy Drive
Lemon Grove, CA 91945
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.83 **Nonpriority creditor's name and mailing address**
Chase Basolo
1117 Macauley Street
Antioch, CA 94509
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.84** **Nonpriority creditor's name and mailing address**
Chrissy Kirk
1115 La Tortuga Drive
Vista, CA 92081
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.85** **Nonpriority creditor's name and mailing address**
Christina Oatway
5125 Eagle Place
Terrace, BC, V8G 5T1
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**
Christina Seitz Kuter
144 S Franklin St
Boyertown, PA 19512
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**
Christine Heynen
68 Marinus place
Winnipeg, Manitoba R2N 3V5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
Christine Ware
5911 W Oregon Trail Rd
Mt. Morris, IL 61054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.89 **Nonpriority creditor's name and mailing address**
Cindy Breeling
3386 Pheasant Cyn Way
Laughlin, NV 89029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.90 **Nonpriority creditor's name and mailing address**
Cindy Ford
93 Shoopman Lane
Colbert, OK 74733

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
Cision
300 S. Riverside Plaza, #300
Chicago, IL 60606

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PR Datebase - vendor

Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
Claire Raftery Spiro
3916 Sturbridge Dr
Durham, NC 27713

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
Claudette Brewer
4070 Camaron Way
Snellville, GA 30039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.94 **Nonpriority creditor's name and mailing address**
Claudette Jones
202 S. Parker St, #464
Tampa, FL 33606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
Connie Heitzman
1103 S 2nd St
St Charles, IL 60174
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
Crissy Healy
5552 W Northview Ave
Glendale, AZ 85301
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
Cristie Nielsen
94 Sea Girt Ave
Oceanport, NJ 07757
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
Crystal Tousana
5465 S Ingleside Ave
Chicago, IL 60615
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.99 **Nonpriority creditor's name and mailing address**
Cynthia Brown
684 Paschon Place
Florissant, MO 63034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
Cynthia Haynes
1425 W Heavens Gate Ave
Taylorsville, UT 84123
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
Cynthia Jeske
12 Hemlock Circle
Burns, TN 37029
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
Cynthia Vermilyea
2850 Marine Drive #402
Astoria, OR 97103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
Cynthia Will
777 Brickell Ave #500-90892
Miami, FL 33131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.104 **Nonpriority creditor's name and mailing address**
Dana James
3903 10 Ave NW
Edmonton, AB T6L 2K5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
Danielle M Low
10121 Evergreen Way
Suite 25-646
Everett, WA 98204-3885
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
Darly M LUELLEN
5552 James Madison Dr N
Mobile, AL 36693
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
David Macario
PO Box 891
Solana Beach, CA 92075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
David N Orloff
8800 Monrovia Pl Apt 65
Dulles, VA 20189
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.109 **Nonpriority creditor's name and mailing address**
David Wimmer
825 Bedford-Euless Rd. #218
Hurst, TX 76053
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
Debi Walker
2156 Via Camino Verde #1
Oceanside, CA 92054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
Deborah Decker
1250 Northcliff Rd
Shelton, WA 98584
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
Debra Grantham
42 Oil Well Rd
Ovett 39464
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
Debra N Taylor
4140 lake Crest Circle, 2B
Kalamazoo, MI 49048
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.114 **Nonpriority creditor's name and mailing address**
Deirdre Phillips
1195 Plainview Way
Lawrenceville, GA 30043
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
Denice R Hebert
6941 Highway 72 W Apt 8102
Huntsville, AL 35806
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
Denise French
2544 La Crescenta Drive
Rescue, CA 95672
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
Denise Voorhees
1 Ciervo Ct
Sacramento, CA 95833
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
Diana Blumberg
1516 n Whiteash ave
Clovis, CA 93619
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.119 **Nonpriority creditor's name and mailing address**
Diane Carroll
8 Dartmouth Avenue
Monroe Township, NJ 08831
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
Diane McVey
309 N Carver Dr
Lawrence, KS 66049
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
Diane Slind
9239 Rudio Rd
Billings, MT 59101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
Diann Jones
PO Box 3912
Robina Town Centre, Qld, 4230
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
Dianna Burns
7219 Yellow Pine 3
Houston, TX 77040
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.124 **Nonpriority creditor's name and mailing address**
Dianne Ballerini
18-15 Ellis Ave
Fair Lawn, NJ 07410

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.125 **Nonpriority creditor's name and mailing address**
Dolores Block
456 Harvest Lane
Frankenmuth, MI 48734

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.126 **Nonpriority creditor's name and mailing address**
Donita Luchak
Unit 301 14700 Gulf Blvd
Madeira Beach, FL 33708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.127 **Nonpriority creditor's name and mailing address**
Donna Benson
7202 Orchid Ln
Sykesville, MD 21784

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**
Donna Howell
4212 Queen Street
Regina, Saskatchewan, S4S 6G8

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

**3.129** **Nonpriority creditor's name and mailing address**
Donna Krager
7904 Bacadi Drive
San Diego, CA 92126
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**
Dorothy Tyon
PO Box 97
Pine Ridge, SD 57770
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.131** **Nonpriority creditor's name and mailing address**
DOTTY HUDSON
18495 S. Dixie Hwy, # 380
Cutler Bay, FL 33157
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**
Dr Janet Haynes
PO Box 5054
Topeka, KS 66605
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.133** **Nonpriority creditor's name and mailing address**
Dulce Lopez
1839 E Villa St
pasadena, CA 91107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.134 **Nonpriority creditor's name and mailing address**
E Vaun Hays
1416 W Arlington Ave
Lincoln, NE 68522
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
Edward Estrin
10444 Cheviot Court
San Diego, CA 92126
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
Eileen Essman
7443 Briella drive
Boynton beach, FL 33437
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
Elaine V RODRIGUEZ
14533, Springwater
Hacienda Heights, CA 91745
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
Elaine Voelker
103 Red Cypress Lndg
Elloree, SC 29047
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.139 **Nonpriority creditor's name and mailing address**
Elda Coleman
25524 Fountain Glen Ct #220
Stevenson Ranch, CA 91381

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
Eleanor Brown
44 Mary Jane Lane
Florence, MA 01062-1067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
Elisabeth Borchers
2323 N Central Ave #405
Phoenix, AZ 85004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
Elizabeth Bescherer
191 Broad Street
Washington, NJ 07882

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
Elizabeth Kalicharan
4633 orlando circle
Bradenton, FL 34207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.144** **Nonpriority creditor's name and mailing address**
Elizabeth Lamboy
337 Pleasant Gardens Dr
Apopka, FL 32703-4749

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**
Elizabeth O Fulton
2165 Albatross Street
San Diego, CA 92101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**
Elizabeth Stone
4035 East Agave Road
Phoenix, AZ 85044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**
Elizabeth Williams
9091 Cedar RD
Forest Falls, CA 92339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**
Emily Hilliard
500 Acorn Lane
Shelburne, VT 05482

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.149 **Nonpriority creditor's name and mailing address**
Erica Carroll
3735 Teds Cove
Snellville, GA 30039
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
Erik Ohlin
4762 Mansfield St
San Diego, CA 92116
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
Erika H. Temple Bannen
10229 Carrollton Ave
Carmel, IN 46280
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
Erin Dugard
D 1270 Molson Street
Winnipeg, Manitoba, R2K 3Y4
Winnipeg
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.153 **Nonpriority creditor's name and mailing address**
Erin Easter
114B, PO BOX 1233
Saratoga, WY 82331
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.154 **Nonpriority creditor's name and mailing address**
Erin Marshall
3687 El Canto Dr
Spring Valley, CA 91977
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
Esperanza Ross
4840 Wayne 341
Piedmont, MO 63957
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
Estelle Nappier
7437 Garden Gate Dr
Citrus Heights, CA 95621
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
Etienne De Bruin
582 S Grade Rd
Alpine, CA 91901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
Eunice MacCharles
32-5950 Oakdale Rd
Burnaby, BC, V5H 4R5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
Farooq Shah
50 Yorktown Shopping Center
Unit 153
Lombard, IL 60148
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
Felicida Portillo
1270 East Lincoln Ave
Anaheim, CA 92805
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
France Luce-Foster
3500 Rue Principale, CP 20035
Tracadie-Sheila, NB E1X 1C8
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
Gayle Allen
1066 Monticello Dr
Monroe, GA 30655
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
Geri Laws
10505 Espira Ct NW
ALbuquerque, NM 87114
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
Gina Hagan

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.165 **Nonpriority creditor's name and mailing address**
Gina Wallette
514 S GEORGIA ST
Kennewick, WA 99336

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.166 **Nonpriority creditor's name and mailing address**
Gina West
P.O. Box 1986
Thompson Falls, MT 59873

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.167 **Nonpriority creditor's name and mailing address**
Ginny Fisher
166 Grosvenor Street
North Wahroonga,
NSW 02076-0000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.168 **Nonpriority creditor's name and mailing address**
Glenda Miller
2291 Stoney Hill Ct
Cool, CA 95614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.169 **Nonpriority creditor's name and mailing address**
Gwynn Fuqua
22295 W Lyndon Loop
Castro Valley, CA 94552
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
Hannah Michalsky
5910 SE 41st Ave, Apt 8
Portland, OR 97202
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
Hannah Rogers
9225 225th Way NE
Redmond, WA 98053
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
Harriet Hausbach
533 NW 130TH AVE
Pembroke Pines, FL 33028
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
Hazel Galang DelaCruz
2500 149th Pl SW
Lynnwood, WA 98087
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.174 **Nonpriority creditor's name and mailing address**
Heather Bagin
1204 Cowen Pl
Fort Wayne, IN 46825
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
Helen Wiebe
51 Quill Bay
Winnipeg, Manitoba R2R 2L5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
Helene Bard
20957 Levee Way,
Potomac Falls, VA 20165
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
Helene Kaplan
225 Roy Street Unit 2730
Seattle, WA 98109
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
Helene Mansheim
649 Green Briar Rd
Elkins Park, PA 19027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.179 **Nonpriority creditor's name and mailing address**
Henry Anthony
992 O Street
Firebaugh, CA 93622-2221
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
Holly Kolman
18208 Preston Rd D9-467
Dallas, TX 75252
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.181 **Nonpriority creditor's name and mailing address**
Holly Rosborough
7200 Baptist Road, Apt 312
Bethel Park, PA 15102
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.182 **Nonpriority creditor's name and mailing address**
Impress Social Media, LLC
1437 Broadcloth Street, Apt 10
Fort Mill, SC 29715
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services rendered
Is the claim subject to offset? ■ No ☐ Yes

3.183 **Nonpriority creditor's name and mailing address**
Infini Janelle Sanner
7440 S. Jeffrey Blvd #3
Chicago, IL 60649
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.184 **Nonpriority creditor's name and mailing address**
Ingrid Vazquez
1206 Laurel Chase Trail
Houston, TX 77073
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.185 **Nonpriority creditor's name and mailing address**
Ivette Nava
758 Dry Creek Dr
Chula Vista, CA 91914
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.186 **Nonpriority creditor's name and mailing address**
Jackie Wright
9835 N Sam Houston Pkwy East
Unit 2108
Humble, TX 77396
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.187 **Nonpriority creditor's name and mailing address**
Jacquelyn Miller
4012 Adams Circle
Plano, TX 75023
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.188 **Nonpriority creditor's name and mailing address**
Jacquelyn White
338 Jandel Ave NE
Hanover, MN 55341-8800
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.189 **Nonpriority creditor's name and mailing address**
James Duce
2511 Fuquay Road
Newburgh, IN 47630
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
James Might
344 Sanford Dr.
Fredericksburg, VA 22406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
Jamie Arnold
118 Sea Palms Drive
Anderson, SC 29621
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
Jan Mayronne
9 Patricia Dr
Covington, LA 70433
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
Jane Lombardo
3381 S Placita Del Esconces
GREEN VALLEY, AZ 85622
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.194 **Nonpriority creditor's name and mailing address**
Jane R Beattie
P. O. Box 1087
Jupiter, FL 33468
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.195 **Nonpriority creditor's name and mailing address**
Janet Albertina Lemaire
237 6th Ave N.
Yorkton, Saskatchewan, S3N 0Y5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
Janet Gardiner
1141 SW Frazier Ave
Topeka, KS 66604
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
Janet Henderson
2465 Smith Drive
Seagoville, TX 75159
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
Janet Holbrook
395 Holbrook Road
Montrose, PA 18801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

**3.199 Nonpriority creditor's name and mailing address**
Janet L. Wilson
302 - 5500A Parliament Ave
Regina, Saskatchewan, S4W 0T3
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.200 Nonpriority creditor's name and mailing address**
Janet White
427 28th Ave
San Mateo, CA 94403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.201 Nonpriority creditor's name and mailing address**
Janet Zimmerman
714 Serramonte Dr
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.202 Nonpriority creditor's name and mailing address**
Janette Wong-Sing
40560 Road 36
Kingsburg, CA 93631
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.203 Nonpriority creditor's name and mailing address**
Janice I Towner
3630 S Main St Unit D
Santa Ana, CA 92707
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.204 **Nonpriority creditor's name and mailing address**
Janine M Bessert
4472 Bonanza Dr NE
Grand Rapids, MI 49525
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
Jeanette Lindner
6326 Blue Lakes Court
Reno, NV 89523
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
Jennie Loeffler
15683 96th Circle NE
Otsego, MN 55330
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
Jennifer Barnes
5041 via cinta
San diego, CA 92122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
Jennifer Cunha
1306 4th Avenue
New Hyde Park, NY 11040
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.209 **Nonpriority creditor's name and mailing address**
Jennifer Cutright Boom
3158 De Forest Rd
Marina, CA 93933
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
Jennifer Hinkle
1711 Pointe Woodworth Dr NE
Tacoma, WA 98422
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
Jennifer Kinsey
1504 Beaufort Place
Thompsons Station, TN 37179
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
Jennifer Moore
3213 Bluewater Trce
Nashville, TN 37217
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
Jeremy Santillo
15636 Via Salvador
Valley Center, CA 92082
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.214 **Nonpriority creditor's name and mailing address**
Jerri Jones
1012 Deerwood Trail
Hazlehurst, MS 39083
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
Jess Johnson
6139 Rosehill Harvest Loop
Katy, TX 77493
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.216 **Nonpriority creditor's name and mailing address**
Jessica Baumeister
207 Tuscarora
St Marys, GA 31558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.217 **Nonpriority creditor's name and mailing address**
Jessica Caskey
37108 Sunnydale Street
Livonia, MI 48154
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.218 **Nonpriority creditor's name and mailing address**
Jessica Gronich
3140 Spruce Street
Denver, CO 80238
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.219 **Nonpriority creditor's name and mailing address**
Jessica Mante
3761 High St Apt #7
Oakland, CA 94619
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.220 **Nonpriority creditor's name and mailing address**
Jessica Springer
415 Stephenson Ave
South Roxana, IL 62087
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.221 **Nonpriority creditor's name and mailing address**
Jessica Wheeler
11533 Benbow CT.
ORLANDO, FL 32837
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.222 **Nonpriority creditor's name and mailing address**
Jihua Ren
2804 NW 169th Street
Edmond, OK 73012
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.223 **Nonpriority creditor's name and mailing address**
Jill C. Plank
3733 E Johnson Rd
Hesperia, MI 49421
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.224 **Nonpriority creditor's name and mailing address**
Jo Ann Wiley
1339 Tom Watson Rd
Lakeland, FL 33801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
Joanne Hare
141 Weatherby Landing
O Fallon, MO 63366
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
Jocelyn MacDonald
2137 Fruitridge Road
Sacramento, CA 95822
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
Jodell Swenson
317 Groveland Ave, #516
Minneapolis, MN 55403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
Joetta Steinmetz
1848 Harvard Dr
Louisville, KY 40205
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.229** **Nonpriority creditor's name and mailing address**
Jonathan McCann
3450 Valley Glen Ln
Napa, CA 94558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**
Josh Carmichael
12 Brush Place
San Francisco, CA 94103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.231** **Nonpriority creditor's name and mailing address**
Josie Day
5851 Greycourt Ave
San Diego, CA 92114
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**
Joyce Hume
722 Pine View Ct
Lake Saint Louis, MO 63367
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

**3.233** **Nonpriority creditor's name and mailing address**
Julia Ellis
60 Blackfoot Trl Sw
Cartersville, GA 30120
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.234 **Nonpriority creditor's name and mailing address**
Julia Knoop
1219 Pinkerton Lane
Allen, TX 75002
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.235 **Nonpriority creditor's name and mailing address**
Julianne Allison
2474 N. Camino Valle Verde
Tucson, AZ 85715
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.236 **Nonpriority creditor's name and mailing address**
Junesa Johnson
126 Innis Brook Circle
Cartersville, GA 30120
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.237 **Nonpriority creditor's name and mailing address**
K. Wills
46799 Crawford Street
Fremont, CA 94539
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
Kande Franklin
714 Chippewa Ln
Grand Prairie, TX 75052
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.239 **Nonpriority creditor's name and mailing address**
Kara Brown-Perrett
5704 Rusk Ave
Baltimore, MD 21215-4136

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
Kara Mayfield
2035 1/2 Oliver Ave
San Diego, CA 92109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
Karen A Bellamy
41 E 90th St
Chicago, IL 60619

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
Karen Rhodes-Rodriguez
2917 W Via Cuervo
Tucson, AZ 85746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
Karen Seymour
61 Croydon Street
Paradise, NL A1L 1K2

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.244 **Nonpriority creditor's name and mailing address**
Karen Velyk
23 Carrie Marie Lane
Hilton, NY 14468
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
Kari Fugitt
6532 Cedar Lane
Falls Church, VA 22042
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
Karyn Black
1135 N 359th Ave
Tonopah, AZ 85354-7901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
Kathleen Dailey
365 Pomelo Dr Apt C6
Vista is, CA 92081
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
Kathleen Farner Gingras
41240 Gibralter Rd.
WEIRSDALE 32195
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
Kathryn Grochmal
6409 CR 1440
Lubbock, TX 79407
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
Kathryn L Myrice
38335 County Line Rd
Zephyrhills, FL 33540
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.251 **Nonpriority creditor's name and mailing address**
Kathy Ingraham
5118 Morning Glory Lane
Loves Park, IL 61111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
Kathy Kay Hanks
4200 Via Marisol, #712
Los Angeles, CA 90042
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
Kathy Spotts
1415 Brickarbor Drive
Katy, TX 77449
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.254 **Nonpriority creditor's name and mailing address**
Katie Weinkein
1728 Azealea Ct.
St. Charles, MO 63303
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
Kay Jones
2810 Lava Rock Ave.
North Las Vegas, NV 89031
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
Kayla Anderson
11019 Jimmy Ridge Dr
N Chesterfield, VA 23236
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
Kayla MacGregor
4186 Fallen Oak Drive
Belvidere, IL 61008
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.258 **Nonpriority creditor's name and mailing address**
Kelley Stone
12741 Grayfield St
Detroit, MI 48223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.259 **Nonpriority creditor's name and mailing address**
Kelly LaCroix
20 Pleasant Pond Road
Turner, ME 04282
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
Kelly McDonald
420 Quadrant Lane
Foster City, CA 94404
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
Kelly Muhammad
8233 S Spaulding Ave
Chicago, IL 60652
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
Kelly Sunderman Craig
2711 9th Ave
Canyon, TX 79015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.263 **Nonpriority creditor's name and mailing address**
Kemba K Parker
289 Perrymont Ave.
SAN JOSE, CA 95125
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.264 **Nonpriority creditor's name and mailing address**
Kerry Rivard Allor
15907 Canberra St
Roseville, MI 48066
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.265 **Nonpriority creditor's name and mailing address**
Kevin Kirk
1637 E. Valley Parkway
Escondido, CA 92027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.266 **Nonpriority creditor's name and mailing address**
Kim Vaughan
4920 Pinkney Street
Omaha, NE 68104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.267 **Nonpriority creditor's name and mailing address**
Kimberly Carraway
112410 Ramla Place Trl
Houston, TX 77089
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.268 **Nonpriority creditor's name and mailing address**
Kimberly Donner
204 Stanley Dr.
Winchester, VA 22602
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.269 **Nonpriority creditor's name and mailing address**
Kimberly Tyler Tremmel
515 Pin Oak
Trenton, IL 62293-1747
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.270 **Nonpriority creditor's name and mailing address**
Kirsten Bernasconi Dooley
638 byron road
Columbia, SC 29209
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.271 **Nonpriority creditor's name and mailing address**
Kiyomi I. Kowalski
7119 Shadow Ridge Ct.
West Hills, CA 91307
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.272 **Nonpriority creditor's name and mailing address**
Kris Griffin
1645 Arlington Drive
Crescent City, CA 95531
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.273 **Nonpriority creditor's name and mailing address**
Kris Lowden
1213 Wendi Ct
Mount Pleasant, WI 53406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.274 **Nonpriority creditor's name and mailing address**
Krisanne Mrozinski
2726 Wildflower Dr
Springfield, OH 45504
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
Kristin Riddervold
205 Ballston Ave
Ballston Spa, NY 12020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
Lana McBroom
1713 Bingham Lane
Manteca, CA 95336
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
Lana N Melton
1034 Bedford Dr.,
Carol Stream, IL 60188
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
Lani Maness
2502 colony vista drive
Bryan, TX 77808
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.279 **Nonpriority creditor's name and mailing address**
Lani Nan Ludian
405 Regency Street
Easley, SC 29640
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
Laura Bailey
#310 - 5380 Tyee Lane
Chilliwack, BC, V2R 6B6
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
Laura Prusoff
2511 Perdido Lane
los angeles, CA 90077
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
Laura Wainscott
695 Garden Pl
Troy, OH 45373
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
Laura Y Onaga
12710 Mitchell Ave, Apt 18
Los Angeles, CA 90066
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.284 **Nonpriority creditor's name and mailing address**
Laurel Paley
2401 S. Santa Fe Avenue, #101
Los Angeles, CA 90058
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
Laurie Lackyard
8300 Phillip's Rd Sw Apt 63
Lakewood, WA 98498
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.286 **Nonpriority creditor's name and mailing address**
Laurie Newman
9807 Melrose St
Livonia, MI 48150
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
Leather Honey
11300 S. 118th Ave
Omaha, NE 68138
**Date(s) debt was incurred** 2/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,469.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
Leigh Brown
3400 Windsor Street
Halifax, NS, B3K5G4
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.289 **Nonpriority creditor's name and mailing address**
Leslie Ann Lewis
120 Red Bud
Boerne, TX 78006
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
Leslie Cathleen
2804 FOREST RD
Chattanooga, TN 37406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
Leslie Coyle
18817 E Flintlock Dr
Queen Creek, AZ 85142
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
Leslie Murphy
8020 Dalton Avenue
Cincinnati, OH 45236
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
Linda Gallant
20 Laughlin St., Box 285
C0B 1T0, Miscouche
Prince Edward Island, Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.294 **Nonpriority creditor's name and mailing address**
Linda Grover
923238 rd 92
Lakeside, CA-ON, N0M 2G0
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
Linda Moran Burklin
1821 Institute Dr
Longview, TX 75602
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
Lis Zimmerman
364 E Main Street
Middletown, DE 19709
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
Lisa Deveau
755 Rosemary Dr
Middle Sackville, NS, B4E 3N9
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
Lisa Jimenez
126 Westminster Way
Vallejo, CA 94591
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.299 **Nonpriority creditor's name and mailing address**
Lisa Marcincavage
164 Pike Road
Bear Creek Township, PA 18702
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.300 **Nonpriority creditor's name and mailing address**
Lisa Marie Platske
4105 Faith Ct.
Alexandria, VA 22311
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
Lisa Marose Stahulak
0s066 Woodvale St
Winfield, IL 60190
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
Lisa McAvoy
809-300 Assiniboine Ave.
Winnipeg, MB R3C 0T1
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
Lisa Smallwood
199 Hussey Hill Road
Oakland, ME 04963
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.304 **Nonpriority creditor's name and mailing address**
Lisa Turner-Maynor
PO Box 627
Tannersville, PA 18372

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.305 **Nonpriority creditor's name and mailing address**
Lisane Basquiat
21 Elberta Road
Maplewood, NJ 07040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
Lissa Ong
1920 7 Seas Court
Alpharetta, GA 30005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.307 **Nonpriority creditor's name and mailing address**
Lorelei Lindenaux-Balazs
7005 Gold Rush Lane
Univerity Park, FL 34201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
Louis Louis
2288 Charles Way
El Cajon, CA 92020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.309 **Nonpriority creditor's name and mailing address**
Lucille Seidlitz
6465 WEST LN APT 59
Stockton, CA 95210
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
Lucinda Akers
2251 Branding Iron Dr
Turlock, CA 95380
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
Lucy Seary
21 Loddon Road
Ditchingham, Norfolk, NR35 2QY
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
Lyle Cunningham
4314 Rimini Way
El Dorado Hills, CA 95762
**Date(s) debt was incurred** December 2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.313 **Nonpriority creditor's name and mailing address**
Lynn McCuaig
6906 195A Street
Surrey, BC V4N 5Y9
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.314 **Nonpriority creditor's name and mailing address**
Lynn O. Peterson
2210 Third Street #203
Santa Monica, CA 90405
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.315 **Nonpriority creditor's name and mailing address**
Lynn Russell
108 Lincarrie Ln
Harvest, AL 35749
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.316 **Nonpriority creditor's name and mailing address**
Lynne Cote
296 Taylor Street
Granby, MA 01033
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.317 **Nonpriority creditor's name and mailing address**
Madalen Hoover
1128 Oakleaf Dr.
Pittsburgh, PA 15207
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.318 **Nonpriority creditor's name and mailing address**
Mady Miller
160 Water St, Apt 205
Williamstown, MA 01267
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.319 **Nonpriority creditor's name and mailing address**
Maggie Chow
2 Lavagetto Ct
Alameda, CA 94502
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
Mahala Russell
609 Moth St
Pecatonica, IL 61063
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.321 **Nonpriority creditor's name and mailing address**
Maliaka Bass
PO Box 316
Whites Creek, TN 37189-0316
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
Mandi Rosenbeck
113 W 700 S
Nephi, UT 84648
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
Marc Gutman
1062 Eldorado Dr
Superior, CO 80027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.324 **Nonpriority creditor's name and mailing address**
Maresa Friedman
7885 Via Montebello Unit 2
San Diego, CA 92129
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
Margaret C Herbert
1488 Scotsville Rd RR 2
Inverness, NS, B0E 1N0
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
Margaret C Rogers
120 Keller blvd
Clemson, SC 29631
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
Margaret D Hopper
21 Lattice Dr
Leesburg, FL 34788
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.328 **Nonpriority creditor's name and mailing address**
Margaret Reeves
13632 S Sycamore St
Olathe, KS 06606
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.329 **Nonpriority creditor's name and mailing address**
Margaret Small
3340 Zingara rd ne
Conyers, GA 30012
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
Margaret Thomas
11107 Bushwack Pass
San Antonio, TX 78254
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
Margie Imbery
Box 641 2492 Cardena Crescent
Port McNeill, BC, VON2R0
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
Maria Carbone
215 Furman Place
Lyndhurst, NJ 07071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
Maria Deforge
12 Nowell St
Saugus, MA 01906
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.334 **Nonpriority creditor's name and mailing address**
Marissa L Zmorzynski
1497 Cornell Ct.
Hoffman Estates, IL 60169
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.335 **Nonpriority creditor's name and mailing address**
Marsha Mattingly
11401 Courage Ct
Louisville, KY 40229
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
Martha Ann Wells-Copeland
10911 Kirtley Ln
Spotsylvania, VA 22553
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
Martha Garrett
665 Red Cut Road
West Monroe, LA 71292
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.338 **Nonpriority creditor's name and mailing address**
Martha Runnette
8431 West 95th Drive
Westminster, CO 80021
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.339 **Nonpriority creditor's name and mailing address**
Marvel Dunaway
7980 NE 27th Ave
Altoona, IA 50009
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.340 **Nonpriority creditor's name and mailing address**
Mary Anne HOWARD
1720 Maine Avenue
West Mifflin, PA 15122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.341 **Nonpriority creditor's name and mailing address**
Mary Baranek
7238 N Oketo Ave
Chicago, IL 60631
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.342 **Nonpriority creditor's name and mailing address**
Mary Catharine Nelson
1199 Cauthern Road
Kingston Springs, TN 37082
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.343 **Nonpriority creditor's name and mailing address**
Mary Hohulin
644 Boxwood Place
Madison, MS 39110
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.344 **Nonpriority creditor's name and mailing address**
Mary Lips
517 Peacock Cir
Altus, OK 73521
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.345 **Nonpriority creditor's name and mailing address**
Mary McElroy
5624 Pray Street
Bonita, CA 91902
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.346 **Nonpriority creditor's name and mailing address**
Mary Murphy
4720 42nd St, Apt 1H
Sunnyside, NY 11104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.347 **Nonpriority creditor's name and mailing address**
Mary Pendergrass
374 4th Ave
Dayton, TN 37321
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.348 **Nonpriority creditor's name and mailing address**
Mary Prada
95 Black Brook Road
South Easton, MA 02375
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.349 **Nonpriority creditor's name and mailing address**
Mary Ross-Dolen
90 South Stanwood Rd
Bexley, OH 43209
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
Mary Williamson
635 Pasadena Dr
Lexington, KY 40503
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
Marya C Barefoot
109 Krupp Ave
Liberty Hill, TX 78642
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.352 **Nonpriority creditor's name and mailing address**
Megan Reale
Po Box 3899
Robina Town Centre
QLD 4226
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
Mei Ling Wong
27 Colby Street
Belmont, MA 02478
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.354 **Nonpriority creditor's name and mailing address**
Melisa Stout
1022 Merritt St. SE
Grand Rapids, MI 49507
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
Melissa Ray
7003 Daybreak Peaks
CONVERSE, TX 78109-3710
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.356 **Nonpriority creditor's name and mailing address**
Melissa Salmon
1158 Santa Fe Trail
Ozark, AR 72949
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
Melissa Shoufler
7907 palmaro circle
Indianapolis, IN 46239
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
Melody A Kramer
4010 Sorrento Valley Blvd
Suite 400
San Diego, CA 92121
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.359 **Nonpriority creditor's name and mailing address**
Meredith Webb
4600 Ross Ave Apt 240
Dallas, TX 75204
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
Michael Goodwin
601 E Meadowgrove BLVD
Appleton, WI 54915
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
Michael Sarrassat
7167 Camino Degrazia
Apt. 109
San Diego, CA 92111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
Michaela Dorman
4115 nw currell dr.
Lawton, OK 73505
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.363 **Nonpriority creditor's name and mailing address**
Michele Fifield
1402 Huntington Heights
Mesquite, NV 89027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

**3.364 Nonpriority creditor's name and mailing address**
Michelle Holmes
2311 Ruth Ave
Sparrows Point, MD 21219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365 Nonpriority creditor's name and mailing address**
Miguel Barrientos
620 McLain
Escondido, CA 92027

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366 Nonpriority creditor's name and mailing address**
Miriam Hollins
13351 207th Ave Se
Monroe, WA 98272

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367 Nonpriority creditor's name and mailing address**
Misty Zinser
3048 Ivy St
San Diego, CA 92104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368 Nonpriority creditor's name and mailing address**
Monique Bh
7330 Far West Drive
Live Oak, TX 78233

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.369 **Nonpriority creditor's name and mailing address**
Nadine King
Box 492
Gimli, Manitoba, R0C1B0
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.370 **Nonpriority creditor's name and mailing address**
Nancy Powell
9702 Sunnyslope Lane
Wesley Chapel, FL 33545
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.371 **Nonpriority creditor's name and mailing address**
Nancy R Aden
1428 N Leandro Cir
Mesa, AZ 85207
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.372 **Nonpriority creditor's name and mailing address**
Naomi Troyer Morrison
8711 Hudson Ln
Louisville, KY 40291
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.373 **Nonpriority creditor's name and mailing address**
Nichole MacDonald
3302 Jewell Street
San Diego, CA 92109
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.374 **Nonpriority creditor's name and mailing address**
Nicole Kabik
6516 Alta Ave
Baltimore, MD 21206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.375 **Nonpriority creditor's name and mailing address**
Nicolette Gabrielse
633 midway dr ne
Lacey, WA 98516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.376 **Nonpriority creditor's name and mailing address**
Nina Skinner
1878 Masera Way
Yuba City, CA 95993

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.377 **Nonpriority creditor's name and mailing address**
Nita Banyaga
3360 De Forest Avenue
Long Beach, CA 90806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.378 **Nonpriority creditor's name and mailing address**
Nora Jepson
1216 Galiano Street
Coquitlam, BC, V3B 5T2

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.379 **Nonpriority creditor's name and mailing address**
Nora Mackay
114 S. Galaxy Dr.
Chandler, AZ 85226
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
Okwudili C Amaechi
1004 Craftway Court,
Knghtdale, NC 27545
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
Osseni Barnes
1724 Streamview Dr SE
Atlanta, GA 30316
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
Ove Odegard
Dammfriv 63a
Malmo 21763
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.383 **Nonpriority creditor's name and mailing address**
Pamela Mullin
961 Bonaventure Way
Lawrenceville, GA 30044
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.384 **Nonpriority creditor's name and mailing address**
Pascale Lauriault
4746 Skinner crescent
Regina, Saskatchewan, S4W0A3
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.385 **Nonpriority creditor's name and mailing address**
Patricia Butler
930 Maple Avenue
Collingswood, NJ 08108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.386 **Nonpriority creditor's name and mailing address**
Patricia D Pin
160 Water St Apt 21
Williamstown, MA 01267
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.387 **Nonpriority creditor's name and mailing address**
Patricia Molai
12577 Hudson Court
Thornton, CO 80241
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
Patricia Robertson
15550 E Peacefull Lane
Palmer, AK 99645
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.389 **Nonpriority creditor's name and mailing address**
Paula Brookover-Louis
880 Opal Ave
Barstow, CA 92311
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.390 **Nonpriority creditor's name and mailing address**
Paychex
911 Panorama Trail South
Rochester, NY 14625
**Date(s) debt was incurred** March 13, 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,358.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.391 **Nonpriority creditor's name and mailing address**
Paypal
2211 North First Street
San Jose, CA 95131
**Date(s) debt was incurred** August 2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $92,244.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.392 **Nonpriority creditor's name and mailing address**
Penni Askew
6425 Juneau Rd
Fort Worth, TX 76116
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.393 **Nonpriority creditor's name and mailing address**
Prasad V KATTA
1009 Canyon Creek Terrace
Fremont, CA 94536
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.394 **Nonpriority creditor's name and mailing address**
Procopio
12544 High Bluff Dr #400
San Diego, CA 92130
**Date(s) debt was incurred** February 22, 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,178.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.395 **Nonpriority creditor's name and mailing address**
Propack
7351 Vantage Wy
Delta, BC V4G 1H7, Canada
**Date(s) debt was incurred** Vaious
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45,963.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.396 **Nonpriority creditor's name and mailing address**
Rachel Anne Garcia
PO Box 900
Logandale, NV 89021
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.397 **Nonpriority creditor's name and mailing address**
Rachel Theriot
13736 Sorbonne Ct
San Diego, CA 92128
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.398 **Nonpriority creditor's name and mailing address**
Rachel Wein
16 Chase Street, Apt 12
Lowell, MA 01852
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.399 **Nonpriority creditor's name and mailing address**
Rahul Patel
2627 Anderson Dr
Hilliard, OH 43026
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or lk) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.400 **Nonpriority creditor's name and mailing address**
Rainer Filthaut
3838 Tamiami Trail North
Suite 416
Naples, FL 34103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.401 **Nonpriority creditor's name and mailing address**
Randy Brookes
12686 Buckwheat Ct.
San Diego, CA 92129
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.402 **Nonpriority creditor's name and mailing address**
Randy Zamerinsky-Lussier
2 Sugar Tree Place
Cockeysville, MD 21030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.403 **Nonpriority creditor's name and mailing address**
Razel Carsley
91 Buckfield Rd
South Paris, ME 04281
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.404 **Nonpriority creditor's name and mailing address**
Rebecca Huard
69 Prospect St
Rutland, MA 01543
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.405 **Nonpriority creditor's name and mailing address**
Rebecca McKenney
4114 Rochester Rd
San Diego, CA 92116
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.406 **Nonpriority creditor's name and mailing address**
Rebecca McVeigh
31 Seton Hall Dr
Oakland, NJ 07436
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.407 **Nonpriority creditor's name and mailing address**
Rebecca Meister
1009 112th St SE, Unit C103
Everett, WA 98208
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.408 **Nonpriority creditor's name and mailing address**
Regina Brown
6900 Meadow Lane
Byrnes Mill, MO 63051
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.409 **Nonpriority creditor's name and mailing address**
Renee Vanselow
1410 Erin Ln
Waukesha, WI 53188
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name
Case number (if known) 25-01150-11

3.410 **Nonpriority creditor's name and mailing address**
Rhonda Dowdy
172 Countryhaven Road
Encinitas, CA 92024
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.411 **Nonpriority creditor's name and mailing address**
Rhonda L REDMAN
5911 North 400 West
Sharpsville, IN 46068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.412 **Nonpriority creditor's name and mailing address**
Rhonda Lee
40 East Mahogany Hill Way,
Draper, UT 84020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.413 **Nonpriority creditor's name and mailing address**
Roberta DeShong
1350 Honeybee Lane
Gardnerville, NV 89460
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.414 **Nonpriority creditor's name and mailing address**
Robin Beloit
298 Parker St,
Bulpitt, IL 62517
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.415 **Nonpriority creditor's name and mailing address**
Robyn Dare
1672 Wilson Ave
Escondido, CA 92027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.416 **Nonpriority creditor's name and mailing address**
Rose Defiant
7 Porter Ave.
Somerville, MA 02143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.417 **Nonpriority creditor's name and mailing address**
Rowena Dufford
225 E Juniper Ave
Sterling, VA 20164
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.418 **Nonpriority creditor's name and mailing address**
Ruby Jean Suarez
10820 Spring Garden Drive
St. Louis, MO 63137
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.419 **Nonpriority creditor's name and mailing address**
Ruth L. Heinz
5817 Marusek Ave,
The Villages, FL 32163
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.420 **Nonpriority creditor's name and mailing address**
Sabrina Marthaler
PO Box 931
Alexandria, MN 56308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
Sachiko Mendell
4200 Jasmine Ave
Culver City, CA 90232
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.422 **Nonpriority creditor's name and mailing address**
Salena Whitfield Richards
414 Camargo Ct
Vernon Hills, IL 60061
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
Sally Schmidt
245A Twin Bridges Rd
Whitefish, MT 59937
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
Samara Hakim
10714 Loire Avenue,
San Diego, CA 92131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.425 **Nonpriority creditor's name and mailing address**
San Juana Rodulfo
1715 Barcelona
Harlingen, TX 78550
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
Sandra K Martin
25 E High Street Apt 2
Manheim, PA 17545
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
Sandy Johnson Krause
1522 Highland Dr.
Bethlehem, PA 18015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
Sara BALDERRAMA
1107 Fair Oaks Ave
South Pasadena, CA 91030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
Sara Grondahl
15 Raymo St.
Albany, NY 12209
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.430 **Nonpriority creditor's name and mailing address**
Sarah Bly
1909 S. 69th Street
Philadelphia, PA 19142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
Sarah Cadwallader
13332 Alston Drive
Fishers, IN 46037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
Sarah Dillon Slavin
300 spring st
Boston, MA 02132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
Sarah Withey
6818 FALCON DR
Schererville, IN 46375

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
Scott D Farner
4423 Fletcher Street
Panama City, FL 32405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.435 **Nonpriority creditor's name and mailing address**
Serena Swanson
809 Horncastle Rd
Winston Salem, NC 27104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.436 **Nonpriority creditor's name and mailing address**
Shanita Theil
4301 Weymouth Dr
Grand Rapids, MI 49508

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.437 **Nonpriority creditor's name and mailing address**
Shannon Grosse
PO Box 548
Montgomeryville, PA 18936

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.438 **Nonpriority creditor's name and mailing address**
Sharon Fluevog
6430 141st Street
Basehor, KS 66007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.439 **Nonpriority creditor's name and mailing address**
Sharyn Pachnek
2439 NE 14th Street Cswy
Pompano Beach, FL 33062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.440 **Nonpriority creditor's name and mailing address**
Shawn Marie Eggers
9872 Don Carlos Ct
Elk Grove, CA 95624
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
Shawna T. Byrd
3024 S Valley Dr Lot 9
Rapid City, SD 57703
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.442 **Nonpriority creditor's name and mailing address**
Sheila Henchy
1 Toms Point Ln, Bldg. 4 #7G
Port Washington, NY 11050
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.443 **Nonpriority creditor's name and mailing address**
Sherry Smith Miller
30 Rock Hill Rd, PO Box 68
Sumrall, MS 39482
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.444 **Nonpriority creditor's name and mailing address**
Shirley Warren Kinyon
1666 Glencoe Drive
Lemon Grove, CA 91945
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

**3.445** **Nonpriority creditor's name and mailing address**
Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON, K2P 2L8, Canada
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $95,691.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.446** **Nonpriority creditor's name and mailing address**
Silvia Mah
990 Highland Drive, Suite 302
Solana Beach, CA 92128
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $196,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.447** **Nonpriority creditor's name and mailing address**
Sneha Jayaprakash
11416 NE 128th St Unit 71
Kirkland, WA 98034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.448** **Nonpriority creditor's name and mailing address**
Stacey Albin Schmier
PO BOX 344, 636 Grouse Ct
West Yellowstone, MT 59758
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.449** **Nonpriority creditor's name and mailing address**
Stacy K Johnston
1963 Rock St, Apt 3
Mountain View, CA 94043
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

**3.450** **Nonpriority creditor's name and mailing address**
Stacy Sanders
700 Gilbert Pl
Trappe, PA 19426-2258
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.451 **Nonpriority creditor's name and mailing address**
Stella Tripp
4142 Camino Ticino
San Diego, CA 92122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.452 **Nonpriority creditor's name and mailing address**
Stephanie J Friend
4324 N 190th Circle
Elkhorn, NE 68022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.453 **Nonpriority creditor's name and mailing address**
Stephanie Johnson
17334 Grettel
Fraser, MI 48026-1769
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.454 **Nonpriority creditor's name and mailing address**
Stephanie Rice
4988 Oakbrook Rd.apt A
Indianapolis, IN 46254
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
Stephanie Ringgold
1551 Lonesome Dove Drive
Prosper, TX 75078
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.456 **Nonpriority creditor's name and mailing address**
Stephanie Scott
142 Virginia Drive
Ventura, CA 93003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.457 **Nonpriority creditor's name and mailing address**
Stephen Livezey
2905 Meadow Glen Dr
Flower Mound, TX 75022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.458 **Nonpriority creditor's name and mailing address**
Suchitra Sairam
471 Sibley St
St Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.459 **Nonpriority creditor's name and mailing address**
Sue Komernicky
18836, W Marshall AV
Litchfield Park, AZ 85340

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

---

3.460 **Nonpriority creditor's name and mailing address**
Susan Isaacs
7627 Tandy Rd
Lanesville, IN 47136

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.461 **Nonpriority creditor's name and mailing address**
Susan Koester
20271 Road 18R
Columbus Grove, OH 45830

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
Susan Risty
5040 Capehart Street
San Diego, CA 92117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
Susan Shelton
1040 Ladera Ct
Vista, CA 92083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
Susan Shields
410 South Morrison Ave
Collinsville, IL 62234

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
Susan Turner Thering
S12271 Liegel Court
Spring Green, WI 53588

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.466 **Nonpriority creditor's name and mailing address**
Suzanne Cook
452 Kathleen Street
Pittsburgh, PA 15211
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.467 **Nonpriority creditor's name and mailing address**
Suzanne Ramsey Tiernan
5475 Harris Creek drive
Cumming, GA 30040
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
Suzanne Reagan
2610 S Brompton Dr
Pearland, TX 77584
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
Tamara P Holmes
285 Chatterly Lane
Columbus, OH 43207
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
Tamera Seifert
47476 US Hwy 59
Pelican Rapids, MN 56572-7138
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.471 **Nonpriority creditor's name and mailing address**
Tammy Buell
123 Cumberland Rd.
New Line, NB, E4E 4P7

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
Tammy Mickelson
545 Barston Lane
Bismarck, ND 58501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
Tanya Klett
68-3550 Makana Aloha Place
Waikoloa, HI 96738

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
Tara Boyer
713 O Toole Dr.
Minooka, IL 60447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.475 **Nonpriority creditor's name and mailing address**
Tara Gibbs
1514 Graveley Street
Vancouver, BC, V5L 3A6

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.476 **Nonpriority creditor's name and mailing address**
Teal Triolo
po box 583
Lotus, CA 95651
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.477 **Nonpriority creditor's name and mailing address**
Teresa Mccabe
611 N. Nora Ave.
West Covina, CA 91790
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.478 **Nonpriority creditor's name and mailing address**
Teresa Speer Muhlfeld
PO Box 308
Walland, TN 37886
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.479 **Nonpriority creditor's name and mailing address**
Teri Critten
215 W MT Pleasant St
West Burlington, IA 52655
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.480 **Nonpriority creditor's name and mailing address**
Terri Anderson
14 San Gabriel Drive #A
Chico, CA 95973
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.481 **Nonpriority creditor's name and mailing address**
Terri LoGiudice
7790, Worthington Trace Ln
Worthington, OH 43085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.482 **Nonpriority creditor's name and mailing address**
Terri Ohlemeier
2214 E 4th St 30
Hutchinson, KS 67501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
Tessa Wynn
851 Rose Ave
Kelowna, B.C., V1Y5K3
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
Theresa Kretchman
632 N Addis Rd
Boyne City, MI 49712
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
Tiffany Fowler
17053 Capri Isle Lane
Austin, TX 78717
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.486 **Nonpriority creditor's name and mailing address**
Tiffany Heather Marie K
73 Oakwood Lane
Oceanside, CA 92054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.487 **Nonpriority creditor's name and mailing address**
Tim Phillips
5782 Pecan Trc
Memphis, TN 38135
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.488 **Nonpriority creditor's name and mailing address**
Tina Lee
106 Lyman Hall
Savannah, GA 31410
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.489 **Nonpriority creditor's name and mailing address**
Tokiko Shima
217 Ocotillo Point Terrace
Henderson, NV 89074
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.490 **Nonpriority creditor's name and mailing address**
Tonji P Williams
855 Kings Arms Way
Alpharetta, GA 30022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.491 **Nonpriority creditor's name and mailing address**
Tracey Caldwell
4902 Shopton Dr
Temple Hills, MD 20748

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.492 **Nonpriority creditor's name and mailing address**
Tracy Lea Morgan Julian
3060 Shields Drive Unit 103
Eagan, MN 55121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.493 **Nonpriority creditor's name and mailing address**
Tracy Rolles
215 Blue Sage Drive
Moose Jaw, SK, S6J1N5

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.494 **Nonpriority creditor's name and mailing address**
Trelaine Umble
42 Vance Ave
Sicklerville, NJ 08081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.495 **Nonpriority creditor's name and mailing address**
Trishia Ballard
463 Jones Rd
Vestal, NY 13850

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

3.496 **Nonpriority creditor's name and mailing address**
Tyrone Evans
3272 Woodpoint Drive
Nashville, TN 37207
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.497 **Nonpriority creditor's name and mailing address**
Uline
12575 Uline Drive
Pleasant Prairie, WI 53158
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,692.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor
Claim amount per POC No. 10

Is the claim subject to offset? ■ No ☐ Yes

3.498 **Nonpriority creditor's name and mailing address**
UPS
55 Glenlake Parkway
Atlanta, GA 30328
**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,876.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping supplies

Is the claim subject to offset? ■ No ☐ Yes

3.499 **Nonpriority creditor's name and mailing address**
V L
1741 Northampton Drive
Cincinnati, OH 45237
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.500 **Nonpriority creditor's name and mailing address**
Vicki L Morales
3442 Don Ortega Dr.
CARLSBAD, CA 92010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.501 **Nonpriority creditor's name and mailing address**
Vicki Preer
1810 Thornbrook Dr
Missouri City, TX 77489
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.502 **Nonpriority creditor's name and mailing address**
Victor Perez-Cotapos
Los Dragones 10260, Vitacura
Vitacura, Santiago
Region Metropolitan 00765-002
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.503 **Nonpriority creditor's name and mailing address**
Victoria Weinke
41 Theresa Ln.
Santa Fe, NM 87507
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.504 **Nonpriority creditor's name and mailing address**
Vidya Dinamani
990 Highland Drive, Ste 314
Solana Beach, CA 92075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.505 **Nonpriority creditor's name and mailing address**
Virginia Hendricks
107 N Darlington Ave, box 64
Lamar, SC 29069
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

3.506 **Nonpriority creditor's name and mailing address**
Virginia Pohl
5347 Chapman Road
Smithers, B.C., V0J 2N5
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred
Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated Case number (if known) 25-01150-11
Name

3.507 **Nonpriority creditor's name and mailing address**
Virginia Rodriguez
5205 Avenida Encinas Suite A
Carlsbad, CA 92008
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.508 **Nonpriority creditor's name and mailing address**
Virginia Ruehrwein
5417 Lake Murray Blvd. #14
La Mesa, CA 91942
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.509 **Nonpriority creditor's name and mailing address**
Wanda Bell
4956 Cain Mill Ct
Lithonia, GA 30038
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.510 **Nonpriority creditor's name and mailing address**
Wanda Y Jones
1028 Hardesty Blvd
AKRON, OH 44320
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
Wendy Brynildsen
1859 Myrtle Way
Port Coquitlam, B.C. V38 2P4
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred

Is the claim subject to offset? ■ No ☐ Yes

Debtor Sash Group, Incorporated
Name

Case number (if known) 25-01150-11

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Whitney W Robertson<br>2403 Butler Drive,<br>Friendswood, TX 77546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice only; investor pursuant to "Simple Agree. Future Equity"- right to shares in capital stock in the event of either equity finance. (if the debtor ever issues & sells prefer. stock) or liquidity event (IPO); neither has occurred | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 469,294.64 |
| **5b. Total claims from Part 2** | 5b. | + | $ 602,205.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,071,500.50 |

**Fill in this information to identify the case:**

Debtor name: Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 25-01150-11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease at 10084 Mesa Ridge, Suite 128, San Diego, CA 92121 | Kim Family Trust dated 6/23/20<br>13017 Roundup Ave.<br>San Diego, CA 92129 |
| | State the term remaining | ends April 1, 2027 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 25-01150-11

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Nichole MacDonald | | U.S. Small Business Admin. | ■ D 2.9<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 25-01150-11

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other | $592,640.03 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $5,998,339.93 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other | $5,991,702.87 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Shopify<br>151 O'Connor Street<br>Ground Floor<br>Ottawa, ON, K2P 2L8, Canada | 12/24/2024 - 3/24/2025 | $61,521.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Credit card |
| 3.2. Shopify<br>151 O'Connor Street<br>Ground Floor<br>Ottawa,ON K2P 2L8,Canada | 12/24/2024 - 3/24/2025 | $70,897.49 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. Propack<br>7351 Vantage Wy<br>Delta, BC V4G 1H7, Canada | 12/24/2024 - 3/24/2025 | $28,253.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Nichole MacDonald<br>CEO | March 25, 2024 - March 25, 2025 | $127,046.10 | See attached list |
| 4.2. Noah Ober<br>Son of CEO | March 25, 2024 - March 25, 2025 | $54,146.14 | W-2 and 1099 |
| 4.3. Jocelyn MacDonald<br>Cousin of CEO | March 25, 2024 - March 25, 2025 | $68,600.94 | W2 and 1099 |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor Sash Group, Incorporated Case number *(if known)* 25-01150-11

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | RHM LAW LLP<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316 | Attorney Fees | March 24, 2025 | $50,000.00 |

**Email or website address**
matt@rhmfirm.com

**Who made the payment, if not debtor?**
Nichole MacDonald

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Name, mailing address, shipping address, phone number, and email address.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Mark Howes, EA | 2023 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nichole MacDonald | | CEO, Shareholder | 48.45% |
| Elizabeth Stone | | Shareholder | 30.97% |
| Brian Smith | | Shareholder | 5.89% |
| AdAstra | | Shareholder | 5% |
| Rosana Ortega | | Shareholder | 3.8% |
| Angie Lawrence | | Shareholder | 3.33% |
| Vanessa Wilde | | Shareholder | 1.62% |
| Meggin Hurlburt | | Shareholder | 0.95% |

Debtor Sash Group, Incorporated Case number *(if known)* 25-01150-11

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Nichole MacDonald<br>**Relationship to debtor**<br>CEO | 127,046.10 | March 25, 2024 - March 25, 2025 | See attached |
| 30.2. | Noah Ober<br>**Relationship to debtor**<br>Son of CEO | $54,146.14 | March 25, 2024 - March 25, 2025 | W2 and 1099 |
| 30.3. | Jocelyn MacDonald<br>**Relationship to debtor**<br>Cousin of CEO | $68,600.94 | March 25, 2024 - March 25, 2025 | W2 and 1099 |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**SOFA Questions #4 #30**
**Sash Group, Inc.**
**3/25/2024 -3/25/2025**

**Nicole MacDonald**

| Salary | |
|---|---|
| **Dates** | **Amount** |
| 3/25/2024-3/25/2025 | $ 88,846.10 |
| **Total** | **$88,846.10** |

| Perquisites paid on behalf of principal or reimbursed to principal if she paid directly | |
|---|---|
| **Date** | **Amount** |
| 9/9/2024 | $3,000.00 |
| 10/1/2024 | $3,000.00 |
| 11/7/2024 | $3,000.00 |
| 12/4/2024 | $3,000.00 |
| 1/7/2025 | $3,000.00 |
| 2/5/2025 | $3,000.00 |
| 3/10/2025 | $3,000.00 |
| **TOTAL** | **$21,000** |

| Reimbursements (principal made payment on behalf of debtor and was reimbursed within several days) | |
|---|---|
| **Date** | **Amount** |
| 3/25/2025 | $1,000.00 |
| 3/25/2025 | $50.00 |
| 3/13/2025 | $500.00 |
| 2/12/2025 | $2,000.00 |
| 1/23/2025 | $200.00 |
| 12/29/2024 | $2,000.00 |
| 12/21/2024 | $300.00 |
| 12/17/2024 | $500.00 |
| 11/21/2024 | $4,000.00 |
| 11/19/2024 | $500.00 |
| 11/12/2024 | $150.00 |
| 11/8/2024 | $1,000.00 |
| 9/13/2024 | $2,000.00 |
| 9/9/2024 | $1,000.00 |
| 6/25/2024 | $1,000.00 |
| 5/2/2024 | $1,000.00 |
| **TOTAL** | **$17,200** |

Fill in this information to identify the case:

Debtor name Sash Group, Incorporated

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 25-01150-11

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2025

Signature of individual signing on behalf of the debtor

Nichole MacDonald
Printed name

Position or relationship to debtor Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FIING (NEF [CONTINUED]:**

- **Haeji Hong** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Roksana Daria Moradi-Brovia** roksana@rhmfirm.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com
- **United States Trustee** ustp.region15@usdoj.gov